OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 2, 2005

TO: Ernest L. Brookins
27 Brookedge Ct. Ironhill Apts. #A5
Newark, DE 19702

RE: **U.S. Marshal 285 Forms**
*Civil Action # 04-1250 SLR*

Dear Mr. Brookins:

Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/btg

PETER T. DALLEO
CLERK

cc: ✓The Honorable Sue L. Robinson; CA 04-1250 SLR
    U.S. Marshal
    CAF