**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ERNEST L. BROOKINS | 04-1250 SLR |
| **DEFENDANT** | **TYPE OF PROCESS** |
| WARDEN Raphael Williams | Complaint |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Attorney General Office

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

820 N. French St. Wilm, DE 19801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ERNEST L. BROOKINS
27 A5 BROOKEDGE CT. IRONHILL APT A5
NEWARK DE 19702

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

2005 MAY 18 PM 4:03
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Pauper = 2

Signature of Attorney or other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT
Ernest L. Brookins    TELEPHONE NUMBER: 302-369-9289    DATE: 5-2-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin: No. 
District to Serve: No. 
Signature of Authorized USMS Deputy or Clerk: DE
Date: 5-5-05

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Malcolm Cobyn - State Solicitor

Address (complete only if different than shown above):

Date of Service: 5/17/05    Time: 1410  pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)