IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERNEST L. BROOKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1250-SLR |
| | ) | |
| WARDEN RAPHAEL WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

    PLEASE ENTER THE APPEARANCE of Deputy Attorney General Lisa Barchi on behalf of Defendant Raphael Williams. The Defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                                                     STATE OF DELAWARE
                                                     DEPARTMENT OF JUSTICE

                                                     /s/ Lisa Barchi
                                                     Deputy Attorney General
                                                     Department of Justice
                                                     820 N. French Street, 6th floor
                                                     Wilmington, DE 19801
                                                     (302) 577-8400
                                                     lisa.barchi@state.de.us

Dated: May 20, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2005, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on May 20, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants: Ernest L. Brookins.

/s/ Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us