IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERNEST BROOKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1250-SLR |
| | ) | |
| RAPHAEL WILLIAMS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**STATE DEFENDANTS MOTION TO DISMISS/SUMMARY JUDGMENT PURSUANT TO RULES 12 (b)(1) AND 12(b)(6) OF THE**
**FEDERAL RULES OF CIVIL PROCEDURE**

COME NOW, the Defendant, Raphael Williams, by and through undersigned counsel, and hereby respectfully request that this Honorable Court enter an Order, pursuant to Rules 12(b)(1), 12 (b)(6) and 56(c) of the Federal Rules of Civil Procedure, dismissing with prejudice all claims against the Defendant. In support of their motion to dismiss/summary judgment, the Defendant has filed simultaneously herewith a memorandum of points and authorities demonstrating the requested relief.

WHEREFORE, the Defendant respectfully requests that this Honorable Court enter an Order dismissing Plaintiff's claims with prejudice.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Lisa Barchi
    Lisa Barchi  #3927
    Deputy Attorney General
    Carvel State Office Building
    820 N. French Street, 6th floor
    Wilmington, DE 19801
    (302) 577-8400
    lisa.barch@state.de.us

    Attorney for Defendant Raphael Williams

DATE: June 29, 2005

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERNEST BROOKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1250 -SLR |
| | ) | |
| RAPHAEL WILLIAMS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2004, the Motion to Dismiss filed by Defendant Raphael Williams in the above-captioned matter having been duly considered, and any opposition thereto,

IT IS ORDERED that the Motion to Dismiss is granted and that judgment is hereby entered in favor of the movant and against the Plaintiff.

_____
The Honorable Susan L. Robinson, Judge
United States District Court

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2005, I electronically filed *Motion to Dismiss* with the Clerk of Court using CM/ECF. I hereby certify that on June 29, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant: Ernest L. Brookins.

/s/ Lisa Barchi
Lisa Barchi  # 3927
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
lisa.barchi@state.de.us