Delaware Department of Correction - Offender Housing Details and History Report Created on
Thursday June 9, 2005 14:38

| Select Offender SBI Number | Name | | | R/S | SENTAC | Sec/Cust |
|---|---|---|---|---|---|---|
| PO | | Location | | Multi Status | Location | |
| PO | | | | | | |
| 00110380 | BROOKINS | ERNEST | L | B | 0 | |
| | | Street | M | N | | |
| | | | | | | |

| Bed | Facility | Tier / Pod | Building | |
|---|---|---|---|---|
| Cell | Wing / Unit | Floor | Bed Type | Date Entered |
| Time Entered | Date Departed | Time Departed | Comments | |
| Bed A | HRYCI Howard R Young Correctional Institution | Pod 2F | Building 1 | |
| Cell 5 | West | Floor 2 | | 07/08/2004 |
| 04:35 | 07/12/2004 | 09:20 | | |
| Bed C | HRYCI Howard R. Young Correctional Institution | Pod 1C | Building 1 | |
| Cell 15 | West | Floor 1 | | 07/12/2004 |
| 09:20 | 09/01/2004 | 10:24 | | |