IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNEST BROOKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1250-SLR |
| ) | |
| RAPHAEL WILLIAMS, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT OF ANN DOWNEY**

I, Ann Downey, having been duly sworn according to the law, do hereby depose and state the following:

1. I am employed by the State of Delaware, Department of Correction, at the Howard R. Young Correctional Institution ("HRYCI") in Wilmington, Delaware as an Administrative Specialist III. I have been employed by the Department of Correction for 25 years. My duties include clerical support for the office of the Warden. I have held this position since April 9, 1986.

2. In response to a request from the State of Delaware Department of Justice, I have obtained documentation relating to the medical records of pre-trial detainee Ernest Brookins, from July 7, 2004, the date he entered HRYCI to September 1, 2004, the date he was released.

3. I have received the medical records from Denise Gallier, First Correctional Medical Director of Operations on or about May 20, 2005.

4. I sent all the medical records that I received, to the State of Delaware Department of Justice, on or about May 20, 2005.

5. I have not changed or altered the records that I received in any way, before sending them

to the State of Delaware Department of Justice.

6.    I have made these statements contained in this affidavit based upon my personal knowledge, training, and experience as an employee of the State of Delaware Department of Correction.

_Ann Downey_
Ann Downey

SWORN TO AND SUBSCRIBED BEFORE ME THIS 29th DAY OF June, 2005.

_[signature]_
NOTARY

TYSHA Y. BRYANT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 24, 2005