Facility Name: _____

| Medication | HOUR |
|---|---|
| Enalapril 10mg po qd x 90 days — START DATE 7/8/04  STOP DATE 10/8/04 | 08 |
| Wellbutrin 100mg po BID x 14 days — START DATE 7/8/04  STOP DATE 7/22/04 | 08 / 20 |
| Seroquel 300mg po BID x 14 days — START DATE 7/8/04  STOP DATE 7/22/04 | 08 / 20 |
| B. cotrol 5mg po qd x 90 days — START DATE 7-9-04  STOP DATE 10-9-04 | 08 |
| Seroquel 200mg PO QHS x 90 days — START DATE 7/23/04  STOP DATE 10/23/04 | 20 |
| Remeron 15mg PO QHS x 90 days — START DATE 7/23/04  STOP DATE 10/23/04 | 20 |

ALLERGY: NKA
DIAGNOSIS: 
PATIENT NAME: BROOKINS, ERNEST    ID: 110380    WING: 2

DOCUMENTATION CODES =
- DC - Discontinued Order
- DO - Dose Omitted
- H - Medical Hold
- R - Refused
- C - Court
- LD - Lock Down
- S - Self Administered
- NS - No Show
- O - Other

NURSE'S SIGNATURE / INITIAL

PHARMACY SUGGESTIONS / RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS