**PHYSICIAN'S ORDER SHEET**

START
- Glucophage 10 mg QD PO x 90 [days]
- Wellbutrin 100 mg BID PO
- [illegible] Zestoretic 20/25 QD PO
- CCC HTN / DM (?)
- Consult Psych / M.H.
- Fasting Chem 14 (custom panel)

**START NEW ORDERS BELOW**

START
- CBC, HgA1C
- Clinic follow ASAP
- Percocet 500 mg BID PO # [illegible]

**START NEW ORDERS BELOW**

START
- Glucotrol 5mg PO QD x 90 days
- BS✓ BID MWF x 3 wks

Jose Aramburo, MD

Name: Brookins, Ernest
ID: 110384
DOB: [illegible]

FCM-001    **PHYSICIAN'S ORDERS**