| Glucose Range | Dose of Regular Insulin to Administer SQ |
|---|---|
| 200-250 mg/dl | |
| 251-300 mg/dl | units |
| 301-350 mg/dl | units |
| 351-400 mg/dl | units |
| 401-450 mg/dl | units & call MD |



FIRST CORRECTIONAL MEDICAL

## INSULIN ADMINISTRATION RECORD

INMATE NAME: Brookins, Ernest          ORDERED BY: Vaynbro
NUMBER: 110380          DATE ORDERED: 7/9/04          STOP DATE: 7/30/04
TRANSCRIBED BY: NM/JB          CHECKED BY: _____
FINGERSTICK BLOOD GLUCOSE CHECKS: Accuv 3xwk M-W-F x 3wks

ORDER: A.M. 00 M-W-F    NPH /    REGULAR /    70/30 /
       P.M. 10 M-W-F    NPH /    REGULAR /    70/30 /

| DATE | TIME | BG LEVEL | DR. NOTIFIED | TYPE | AMOUNT | SITE | NURSING SIGNATURE | PROVIDER REVIEW |
|---|---|---|---|---|---|---|---|---|
| 8/2/04 | 0850 | 74 | | | | | [sig] | |
| 8/4/04 | 0840 | 75 | | | | | [sig] | |
| 8/6/04 | 0915 | 77 | | | | | [sig] | |
| 8/9/04 | 0900 | 78 | | | | | [sig] | |
| 8/9/04 | 1640 | 87 | | | | | [sig] | |
| 8/11/04 | 0805 | 82 | | | | | [sig] | |
| 8/13/04 | 0810 | 69 | | | | | [sig] RN | |
| 8/16/04 | 0915 | 89 | | | | | [sig] | |
| 8/16/04 | 1625 | 115 | | | | | [sig] | |
| 8/18/04 | PM all refused | | | | | | [sig] | |
| 8/18/04 | 1658 | 63 | | | | | [sig] | |

PLEASE FILE IN "MEDICATION/TREATMENT DIVIDER" OF CHART WHEN COMPLETED.
* BS < 60 mg/dl, HOLD INSULIN, GIVE GLUCOSE & NOTIFY PHYSICIAN.
* BS 61-80 mg/dl, HOLD INSULIN, ALLOW PATIENT TO HAVE MEAL, THEN ADMINISTER INSULIN.
IF BS > 400 mg/dl, GIVE INSULIN & NOTIFY PHYSICIAN.

MR-1009          **DRAFT**

| Glucose Range | Dose of Regular Insulin to Administer SQ |
|---|---|
| 200-250 mg/dl | units |
| 251-300 mg/dl | units |
| 301-350 mg/dl | units |
| 351-400 mg/dl | units |
| 401-450 mg/dl | units & call MD |



**F** First
**C** Correctional
**M** Medical

IC 15
off 1

## INSULIN ADMINISTRATION RECORD

INMATE NAME: **BROOKINS, ERNEST**   ORDERED BY: **VAYNBERG P.A.**
NUMBER: **110380**   DATE ORDERED: **7·9·04**   STOP DATE: ~~8-4-04~~ **7·30·04**
TRANSCRIBED BY: **W. Muhammad LPN**   CHECKED BY: _____
FINGERSTICK BLOOD GLUCOSE CHECKS: **Accu √ 3X WK   M·W·F   X 3 weeks**
ORDER: A.M. **0600**   NPH **/**   REGULAR **/**   70/30 **/**   **M·W·F**
P.M. **1600**   NPH **/**   REGULAR **/**   70/30 **/**

| DATE | TIME | BG LEVEL | DR. NOTIFIED | TYPE | AMOUNT | SITE | NURSING SIGNATURE | PROVIDER REVIEW |
|---|---|---|---|---|---|---|---|---|
| 7/9/04 | 0900 | 197 | | | | | Muhammad LPN | |
| 7/9/04 | 1625 | 73 | | | | | Davis LPN | |
| 7/12/04 | 0600 | 74 | | | | | | |
| 7/12/04 | 1645 | 62 | | | | | Fletcher LPN | |
| 7/14/04 | 0610 | 93 | | | | | | |
| 7/14/04 | 0825 | 97 | | | | | Kelly | |
| 7/15/04 | 0845 | | | incount | | | Andrea | |
| 7/16/04 | 0900 | 90 | | | | | | |
| 7/17/04 | 0848 | 85 | | | | | Davis LPN | |
| 7/17/04 | 1620 | 69 | | | | | Davis LPN | |
| 7/19/04 | 0930 | 113 | | | | | Shelton | |
| 7/21/04 | 0900 | 78 | | | | | Hawes RN | |
| 7/23/04 | 0830 | 89 | | | | | Shelton | |
| 7/23/04 | 1030 | 112 | | | | | | |
| 7/24/04 | 0850 | 82 | | | | | Carter | |
| 7/26/04 | | | | | | | Davis LPN | |
| 7/27/04 | 0800 | 72 | | | | | Shelton | |
| 7/28/04 | 0915 | 70 | | | | | | |
| 7/30/04 | 0910 | 130 | | | | | Shelton | |
| 7/31/04 | 0832 | 73 | | | | | Davis LPN | |

**PLEASE FILE IN "MEDICATION/TREATMENT DIVIDER" OF CHART WHEN COMPLETED.**
IF BS < 60 mg/dl, HOLD INSULIN, GIVE GLUCOSE & NOTIFY PHYSICIAN.
IF BS 61-80 mg/dl, HOLD INSULIN, ALLOW PATIENT TO HAVE MEAL, THEN ADMINISTER INSULIN.
IF BS > 400 mg/dl, GIVE INSULIN & NOTIFY PHYSICIAN.
09                                    **DRAFT**

```
                                    PATIENT INFORMATION        REPORT STATUS  Final
                                    BROOKINS, ERNEST
QUEST DIAGNOSTICS INCORPORATED                                  ORDERING PHYSICIAN
CLIENT SERVICE 215.957.9300         DOB: 04/22/1955  Age: 49
                                    GENDER: M
SPECIMEN INFORMATION                                            CLIENT INFORMATION
SPECIMEN:     NE430029J             ID: 110380                  19801250
REQUISITION:  3158727                                           CRIMINAL JUSTICE FACILITY
LAB REF NO:   3158727                                           GANDER HILL
                                                                1301 E 12TH ST
COLLECTED:    07/13/2004   09:00                                WILMINGTON, DE 19802-5315
RECEIVED:     07/14/2004   00:26
REPORTED:     07/14/2004   06:17
```

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL |  |  |  | QHO |
| GLUCOSE | 91 |  | 65-99 MG/DL |  |
|  |  |  | FASTING REFERENCE INTERVAL |  |
| UREA NITROGEN (BUN) | 16 |  | 7-25 MG/DL |  |
| CREATININE | 1.1 |  | 0.5-1.4 MG/DL |  |
| BUN/CREATININE RATIO | 15 |  | 6-25 (CALC) |  |
| SODIUM | 142 |  | 135-146 MMOL/L |  |
| POTASSIUM | 4.7 |  | 3.5-5.3 MMOL/L |  |
| CHLORIDE | 104 |  | 98-110 MMOL/L |  |
| CARBON DIOXIDE | 27 |  | 21-33 MMOL/L |  |
| CALCIUM | 9.9 |  | 8.5-10.4 MG/DL |  |
| PROTEIN, TOTAL | 7.8 |  | 6.0-8.3 G/DL |  |
| ALBUMIN | 3.9 |  | 3.5-4.9 G/DL |  |
| GLOBULIN | 3.9 |  | 2.2-4.2 G/DL (CALC) |  |
| ALBUMIN/GLOBULIN RATIO | 1.0 |  | 0.8-2.0 (CALC) |  |
| BILIRUBIN, TOTAL | 0.8 |  | 0.2-1.5 MG/DL |  |
| ALKALINE PHOSPHATASE | 125 |  | 20-125 U/L |  |
| AST | 32 |  | 2-50 U/L |  |
| ALT | 37 |  | 2-60 U/L |  |
| CBC (INCLUDES DIFF/PLT) |  |  |  | QHO |
| WHITE BLOOD CELL COUNT | 5.0 |  | 3.8-10.8 THOUS/MCL |  |
| HEMOGLOBIN | 13.3 |  | 13.2-17.1 G/DL |  |
| HEMATOCRIT | 40.2 |  | 38.5-50.0 % |  |
| MCHC | 33.1 |  | 32.0-36.0 G/DL |  |
| RDW | 12.7 |  | 11.0-15.0 % |  |
| PLATELET COUNT | 262 |  | 140-400 THOUS/MCL |  |
| ABSOLUTE NEUTROPHILS | 1650 |  | 1500-7800 CELLS/MCL |  |
| ABSOLUTE LYMPHOCYTES | 2750 |  | 850-3900 CELLS/MCL |  |
| ABSOLUTE MONOCYTES | 500 |  | 200-950 CELLS/MCL |  |
| ABSOLUTE EOSINOPHILS | 100 |  | 15-500 CELLS/MCL |  |
| ABSOLUTE BASOPHILS | 50 |  | 0-200 CELLS/MCL |  |
| NEUTROPHILS | 33 |  | % |  |
| LYMPHOCYTES | 55 |  | % |  |
| MONOCYTES | 10 |  | % |  |
| EOSINOPHILS | 2 |  | % |  |
| BASOPHILS | 1 |  | % |  |

BROOKINS, ERNEST - NE430029J                               Page 1 - Continued on Page 2

QUEST DIAGNOSTICS INCORPORATED

REPORTED:   07/14/2004   06:17

PATIENT INFORMATION
**BROOKINS, ERNEST**

DOB: 04/22/1955  Age: 49
GENDER: M

REPORT STATUS **Final**

ORDERING PHYSICIAN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| | | NON-DIABETIC: <6.0% | | |

**Performing Laboratory Information:**

QHO   QUEST DIAGNOSTICS-HORSHAM 900 BUSINESS CENTER DRIVE HORSHAM PA  19044 Laboratory Director: HERMAN HURWITZ, MD, FCAP

BROOKINS, ERNEST - NE430029J

Page 2 - End of Report