**C CORRECTIONAL**
**M MEDICAL**

# Nutritional Assessment

| Referred by: | Name of Assesor: Stpn Pasirchi MS RD  8/9/04 |
|---|---|

## Subjective Data:

Comments: Im stattd Dx of DM several yrs ago, FBS 2x/day range from 65-130, Fx of DM (dad), claims poor eyesight at present, gets regular menu but would like to get diet try, m.D. has told him to loose wt to get to 170 s.

## Objective Data:

Diagnosis: DM, HTN, Seizure Schizophrenia

### Anthropometerics

Gender: (Male)   Female

4/22/55   Age: 49

Height: 67in (170cm)   Weight: 200# (91kg)

IBW: 148   UBW:

Diet: Reg

Pertinent Medications:
1. Glucatrol
2.
3.

### Lab Values

| | Value | Date | | Value | Date |
|---|---|---|---|---|---|
| Hgb | 13.3 | 7/13/04 | Glucose | 91 | 7/13/04 |
| HCT | 40.2 | | Sodium | 142 | ↓ |
| Albumin | 3.9 | | Cholesterol | — | |
| Tot Prot | 7.8 | | Trig | — | |
| BUN | 16 | | HgbA1c | 6.0 | 7/13/04 |
| Creatinine | 1.1 | | Other | — | |
| Calcium | 9.9 | ↓ | Potassium | 4.7 | 7/13/04 |
| | | | | | |
| | | | | | |

## Weight History

| Adm Wt: 190 | Date: 7/8/04 | BMI: 31 |
|---|---|---|
| IBW: 148 | +/- 10%   % IBW: 135 | X overwt  _ WNL  _ underwt |

## Estimated Nutritional Needs:

629 - 11(49) + 25(41) =

**Basal Energy Expenditure (BEE):**
Male:  BEE=66 + (13.7 x ___ wt/kg) + (5.0 x ___ ht/cm) - (6.8 x ___ age) = 2365 K cals

Female: BEE=665 + (9.60 x ___ wt/kg) + (1.7 x ___ ht/cm) - (4.7 x ___ age) = ___ K cals

**Estimated Energy Needs (EEN):**
EEN = ___ (BEE) x ___ (activity factor) x ___ (injury factory) +/- 609 kcals for loss/gain 1756 kcals

**Estimated Protein Needs (EPN)** = 91 x .8-1 = 73-91 gms protein

Fluid Requirement = 91 / wt/kg

x 30 cc= ___ cc fluid (56 + yrs)

x 35 cc= 3182 cc fluid (<55 yrs)

x 20-25 cc= ___ cc fluid (renal or cardiac patient)

Protein Requirement Factors: (gm/kg/day) – Normal = 0.08 – 1.0

| | | |
|---|---|---|
| Pressure Ulcers: | Stage I | 0.8 – 1.0 gm |
| | Stage II | 1.2 gm |
| | Stage III | 1.3 – 1.4 gm |
| | Stage IV | 1.5 – 1.6 gm |

Albumin:
| 3 5 | 0.8–1.0 gm |
| 2 8-3.5 | 1.0–1.2 gm |
| 2 1-2.7 | 1.2–1.5 gm |
| <2.1 | 1.5–3.0 gm |

| Renal Disease | Prerenal | 0.6 – 0.8 gm |
| | Hemodialysis | 1.0 – 1.2 gm |
| Burns | | 1.5 – 3.0 gm |
| Fx/Infections: | | 1.5 – 2.0 gm |

| Inmate Name: Brackins, Ernest | Number: 4CC 110380 | Institution: JARYCI   1C |
|---|---|---|

MR 1041    Page 1 of 2

**FIRST**

**C  CORRECTIONAL**

**M  MEDICAL**

**Assessment:**

1. Im in good nutritional status at present based on wt, lab results, subjective assessment
2. Good compliance c̄ DM guidelines based on FBS, HgbA1c
3. Im may benefit from reduced Kcal, consistent CHO diet

**Plan:**

A.   **Diet Changes:**

1. Rec 1800 Kcal diet
2. _____
3. _____

B.   **Lifestyle Changes:**

1. N/A
2. _____
3. _____

C.   **Follow Up Schedule:**

F/U as prn or 6 mo to 1yr, monitor wt, lab results, FBS, HgbA1c

**Education Done:** CHO in food, effect of ↑BS

**Handouts Given:** "CHO counting; getting started"

| Discussed: | Yes | No |
|---|---|---|
| Appetite Eating Diff | X | |
| Calories | X | |
| Smoking | X | |
| ~~Exercise~~ | X | |
| B.P. | X | |
| Commisary | X | |
| Family Health Hx | X | |

| Inmate Name: | Number: | Institution: |
|---|---|---|
| Breakine, Ernest | 110380 | HRYCI      1 C |

MR 1041