# REFERRAL TO MENTAL HEALTH SERVICES




| Inmate name: Brookins, Ernest | Number: 110380 | Date of Referral: 7/8/04 |
|---|---|---|
| Job: | Lock: | Unit: 2F |

**URGENCY LEVEL:** ☑ Routine ☐ ASAP ☐ Urgent

Additional Comments: removed to IC

RECEIVED JUL 09 2004 BY mld/MH

☐ **BRIDGE ORDER:** medication, dose, expiration date:

☐ **NO BRIDGE ORDER** but inmate CURRENTLY ON PSYCHIATRIC MEDICINE: medication, dosage, last time medicine was taken:

☐ **INMATE REFUSES MEDICATION OR MEDICATION HAS EXPIRED**

| Referred by: [signature] | |
|---|---|
| Title: LPN | Phone Ext. |

Response: Pt is scheduled to see Dr. Raman on 07/16/04. This referral was received by this writer on 07/14/04.

| Mental Health Staff Signature: Deborah [illegible] Muscarella, MA | Date of Response: 07/14/04 |
|---|---|
| Supervisor Signature: | |



FIRST CORRECTIONAL MEDICAL

# AKE MENTAL HEALTH SCREENING

| Brooks Ernest | Sex: | DOB: | Date: |
|---|---|---|---|
| | | | Time: |

HLLY C1 — Show serious Psychiatric Problems during prior incarceration (circle) Yes (No)

| | Yes | No | |
|---|---|---|---|
| llucinations | ✓ | | If yes describe |
| ent Behavior or Threats | ✓ | | |

**Suicide Prevention Screening** (check appropriate column for each question)

| | Column A YES | Column B NO | COMMENTS |
|---|---|---|---|
| ling or transporting officer believes subject may be le risk. If yes, notify Provider on call. | | ✓ | |
| close family/friends in community. | | ✓ | |
| enced a significant loss within the last 6 months (loss of job, ip, death of close family member). | | ✓ | |
| d about major problems other than legal situation ntal illness). | ✓ | | |
| member or significant other has attempted or committed pouse, patient, sibling, close friend, lover). | | | |
| ychiatric history (note current psychotropic medical and nost recent treatment agency). | ✓ | | Rockford - 2wks ago Connections - for Meds |
| position of respect in community (i.e. professional, public d/or alleged crime is shocking in nature. Feels ment/shame. If yes, notify Provider on call. | | ✓ | |
| ing about killing self. If yes, notify Provider on call. | | ✓ | |
| #8, has a suicide plan and/or suicide instrument in n? | | ✓ | |
| revious suicide been attempted? (Check wrists and od). | | ✓ | |
| there is nothing to look forward to in the future feelings of helplessness and hopelessness). If yes #11, notify Provider on call. | | ✓ | |
| signs of depression (crying, emotional flatness). | | ✓ | |
| rs overly anxious, afraid, or angry. | | ✓ | |
| rs to feel unusually embarrassed or ashamed. | | ✓ | |
| ng and/or talking in a strange manner. (Cannot focus earing, or seeing things that are not there.) | ✓ | | fringy |
| arently under the influence of alcohol or drugs. | | ✓ | |
| o #16, is individual incoherent or showing signs of or mental illness? If yes to both #16 and #17, notify Provider | | ✓ | |

Total Column A: ______

total checks in Column A are 8 or more, notify Provider on call.

ovider notified: ______ Yes ______ Routine

n instituted: ______ Constant ______ Other

: Medical Service — s ✓ No; ergency: Who ________ When ________; n-emergency

Mental Health Team — ______ Yes ✓ No; ______ Emergency: Who ________ When ________; ______ Non-emergency

RE AND STAMP OF SCREENING MEDICAL STAFF [signature]

# FIRST CORRECTIONAL MEDICAL, INC.

First Correctional Medical

## PSYCHIATRIC PROGRESS NOTE

NAME: Brooking Emmett SBI#: 110380 DATE: 7/18/

SUBJECTIVE: EVENTS NOTED

Pt upset @ his pets being killed & kept unsafe. Sad and upset @ trivial reasons for s he was incarcerated again.

OBJECTIVE: Mental Status Exam:

**Appearance:** ☐ Well-groomed/Dressed ☑ Disheveled ☐ Well-nourished/developed ☐ Weak ☐ Cachectic

**Behavior:** ☐ Calm ☐ Cooperative ☐ Agitated ☐ Uncooperative ☑ Restless ☐ Hyperactive ☐ Slowed ☐ Good eye contact ☐ Poor eye contact ☐ Bizarre ☐ Irritable ☐ AIMS

**Speech:** ☐ Normal ☐ Slurred ☐ Loud ☐ Soft ☐ Pressured ☐ Slowed ☐ Monotone

**Mood:** Anxious / Frustrated

**Affect:** ☐ Appropriate ☐ Inappropriate ☐ Flat ☐ Blunted ☐ Constricted ☑ Depressed ☑ Angry ☐ Euphoric/Expansive ☐ Fearful ☑ Anxious

**Thought Process:** ☐ Goal-directed ☑ Coherent ☐ Logical ☐ Incoherent ☑ Illogical ☐ Looseness of Associations ☐ Flight of Ideas ☑ Tangential/Circumstantial ☐ Thought Blocking

**Thought Content:** ☐ Appropriate ☐ Racing thoughts ☐ Poverty of thought ☐ Suicidal Ideations ⌀ ☐ Homicidal Ideations ⌀ ☑ CAN / CANNOT contract for safety ☑ Delusions: describe persecution ☐ Thought Broadcasting ☐ Thought Insertion ☐ Thought Control ☑ Ideas of Reference ☑ Paranoia ☐ Obsessions ☐ Compulsions ☐ Phobias ☐ Preoccupations describe: ____

**Perceptual Disturbance:** ☐ NONE

☐ Hallucinations ☑ Auditory ☐ Visual ☐ Tactile ☐ Illusions ☐ Others derogatory

**Mini-Mental Status Examination:** (if necessary)

**Level of Consciousness:** ☑ Awake ☑ Alert ☐ Drowsy ☐ Lethargic ☐ Stuporous ☐ Coma

(✓) Year/Season/Date/Day/Month
( ) State/County/Town/Building
( ) Immediate Recall 3 objects
( ) Spell "WORLD" backwards or Serial 7's
( ) Name pencil and watch
( ) Read & Obey "CLOSE YOUR EYES"
( ) Write a sentence
( ) Copy a design
( ) Repeat "No if's, and's or but's"
(—) Long-term recall of 3 objects

**ABSTRACTION:** ☐ Appropriate ☐ Concentrate ☑ Inappropriate: describe: ____

**INSIGHT:** ☐ Good ☑ Poor **JUDGEMENT:** ☐ Good ☐ Poor

**MEDICATION SIDE EFFECTS:** YES / NO (circled) Describe: ____

**Assessment:** Diagnostic impressions: change previous diagnostic impression YES / NO (circled)

Axis I: Paranoid / undiff schiz; Schizoaffective Dis

Axis II: ⌀

Axis III: ⌀

MR
.80 PDD
.90 ADHD
.90 ETOH dep
.80 p-subs
.30 ch.schz-prnd
.90 ch.schz-undif
.70 schz-aff
.82 subs-ind.psy
.9 psy-nos
dep-nos
.33 m.dep-psy
.34 m.dep+psy
.83 subs-ind.dep
.80 BPAD
.81 PTSD
.02 GAD
.83 subs-ind.anx
.30 imp-nos
.9 adj
.9 pers
.90 med-ind.mov't
5.2 maling'g

**PLAN:** **Recommendation / Treatment:**

PSYCHOEDUCATION/SUPPORT GIVEN / NOT GIVEN Patient IS / IS NOT a danger to SELF / OTHERS

MEDICATIONS: change from previous regimen (✓) YES ( ) NO

1. Restart (Seroquel / Remeron)
2. ____
3. ____
4. ____

RISKS / BENEFITS OF MEDICATIONS: DISCUSSED / NOT DISCUSSED NEED TO INCREASE DATA BASE / RAPPORT

MEDICATIONS: PATIENT: ACCEPTS REFUSES CONSENTS: SIGNED NOT SIGNED

PATIENT INFORMED AND AWARE OF RIGHTS AND MEANS TO ACCESS MENTAL HEALTH SERVICES YES / NO

MENTAL HEALTH GROUP REFERRAL YES / NO

COMMENTS: Will restart on Seroquel / Remeron per plan

**MENTAL HEALTH CLASSIFICATION:** change from previous classification YES / NO

[signature]

Mitchell Kho, M.D.
Psychiatrist

FIRST CORRECTIONAL MEDICAL

# Mental Health Services
# Comprehensive Mental Health Evaluation

**MENTAL HEALTH HISTORY**

1. History of psychotropic medications — Wellbutrin, Seroquel — Yes ☑ No ☐
   Current usage — Yes ☐ No ☑
   If so, list medications below:

Evidence of EPS — Yes ☐ No ☑

2. History of psychiatric hospitalization — Yes ☑ No ☐
   A) Name of facility/provider Delaware Psychiatric Ctr, 2 wks ✓ Rockford Ctr, Wilm. Hosp
   B) Date: From 2004 to 2004 "I went there as a walk-in"

3. History of outpatient mental health treatment — Yes ☑ No ☐
   Name of facility/provider Corrections
   A) Date: From 2000 to 2004

4. History of violent behavior: (check those that apply) — Yes ☑ No ☐
   ☑ Threatening ✓☐ Physical ☐ Sexual
   "When I was like younger — 'cause I didn't understand"

5. Have you ever been a victim of abuse? — Yes ☑ No ☐
   ☐ Emotional ☑ Physical ☐ Sexual
   "my pop used to beat us up all the time." — my [illegible]

6. History of head injury, trauma, seizures — Diabetic — Yes ☑ No ☐
   Describe: Car accident, hit in head c̄ a 2x4 — loss of consciousness, brief loss of memory

7. History of placement in any special education programs — Yes ☐ No ☑
   Describe:

8. History of:

| | | | | | |
|---|---|---|---|---|---|
| Alcohol: | wine | Frequency: | 1x wk | How Long? | 32 yrs |
| Drugs: | mj | Frequency: | 1 joint weekends | How Long? | 32 yrs — stopped 6-7 mos ago |
| Drugs: | Cocaine | Frequency: | 4x | How Long? | LDU: a year ago |

Prior Substance Abuse Treatment — Yes ☐ No ☑

(Margin note: currently in on assault 2nd & offensive touching charges)

| | |
|---|---|
| Screened By: Deborah G. Muscarella, M.A. | Title: Transition Unit Coordinator |
| Date: 07/20/04 | Time: 1850 |
| Reviewed By: | Title: |
| Date: | Time: |
| Inmate Name: Brookins, Ernest | Inmate Number: 00110280 |
| Institution: Howard R. Young Correctional Institution | Date of Arrival: 07/08/04 |

## MENTAL STATUS EXAMINATION (MSE)

| | | | | | |
|---|---|---|---|---|---|
| Appearance: | ☑ Neat/Well groomed | ☐ Untidy | ☐ Disheveled | | |
| Posture: | ☑ Relaxed | ☐ Tense | | | |
| Concentration: | ☑ Good | ☐ Fair | ☐ Poor | | |
| Orientation: | ☑ Oriented to person | | ☑ Oriented to place | | ☐ Oriented to date |
| Memory: | ☑ Good | ☐ Fair | ☐ Poor | | |
| Affect: | ☑ Appropriate | ☐ Labile | ☐ Restricted | ☐ Blunted | ☐ Flat |
| Mood: | ☐ Neutral | ☐ Depressed | ☐ Happy | ☑ Anxious | ☐ Hostile |
| Speech: | ☑ Normal | ☐ Loud | ☐ Soft | ☐ Articulate | ☐ Pressured |
| Thought Process: | ☐ Appropriate | ☐ Illogical | ☑ Tangential | ☐ Flight of Ideas | |
| Thought Content: | ☑ Appropriate | ☐ Delusional | ☐ Incongruent to mood | ☐ Paranoid | ☐ Hallucinations (circled) Hx of auditory hallucinations |
| Behavior: | ☑ Cooperative | ☐ Aggressive | ☑ Impulsive | ☐ Hyperactive | |
| Estimated Intelligence: | ☐ Above average | ☐ Average | ☑ Below average | ☐ Retarded | |

## SUICIDE POTENTIAL SCREENING

| | | |
|---|---|---|
| 1. | Correctional or Transporting Officer reports inmate may be suicidal risk | ☐ Yes ☑ No |
| 2. | Experienced a significant loss within last six months.<br>Describe: | ☐ Yes ☐ No |
| 3. | Worried about major problems other than legal situation.<br>Describe: | ☐ Yes ☐ No |
| 4. | Holds position of respect in community and/or alleged crime is shocking in nature. | ☐ Yes ☑ No |
| 5. | First involvement with legal system.<br>Describe: | ☐ Yes ☑ No |
| 6. | Appears to feel unusually embarrassed or ashamed. | ☐ Yes ☑ No |
| 7. | Expresses feelings of helplessness or hopelessness. | ☐ Yes ☑ No |
| 8. | Shows signs of depression: crying, emotional flatness.<br>Describe: | ☐ Yes ☑ No |
| 9. | Appears (overly anxious), afraid, or angry. worried about pets | ☑ Yes ☐ No |
| 10. | Has made previous suicide attempts.<br>Date of most recent attempt: Method:<br>Number: | ☐ Yes ☑ No |
| 11. | Currently expressing suicidal ideation. | ☐ Yes ☑ No |
| 12. | Has a current suicide plan.<br>Describe: | ☐ Yes ☑ No |
| 13. | Family member or significant other has attempted or committed suicide.<br>Relationship:<br>Date: Method: | ☐ Yes ☑ No |

Inmate Name: Brookins, Ernest Inmate Number: 110380

**DISPOSITION**
(Check appropriate boxes)

"my pets are my life."

- ☐ Place in crisis/safe cell (Circle one: Level I, Level II, Level III, Level IV)
- ☒ Appropriate for general population
- ☒ Mental Health/Psychiatric referral needed
- ☒ Inmate was educated on how to contact Mental Health/Medical

Seen by Pi on 07/19/04.

S: "Could you call my MH program Connections about my pets?" "I have hx of depression, too!"

O: See MSE, page 2. Appetite good. Sleep disrupted due to anxiety over legal situation.

A: I. 295.30 Schizophrenia, Paranoid type
II. 799.9 Deferred

P: ① Have medical records pull pt's old records
② Reschedule for Dr. Raman for 07/23/04

| Inmate Name: | Inmate Number: |
|---|---|
| Brookins, Ernest | 110380 |

Strong family hx of mental illness.