

## Informed Consent for Antidepressant Medication

FCM at ___HRYCI___ (Facility)

### MEDICATION

Elavil, Tofranil, Pamelor, Desyrel, Sinequan, Ludimil, Norpramin, Vivactil, Asendin, Surmontil, Celexa, Paxil, Prozac, Zoloft or any other antidepressant. *Remeron*

### PURPOSE

These medications are mood elevators used to treat the symptoms of depression and the depression that occurs with nervousness. They work by improving the balance of chemical substances within the brain.

### COMMON SIDE EFFECTS

Common side effects include: headaches, insomnia, nausea, sweating, anxiety, sleepiness, blurred vision, constipation, difficulty urinating, dry mouth, rash, light headedness upon arising and occasionally changes in heart rate and blood pressure. If you experience any of these side effects, please report them to any member of the health care staff.

### ALTERNATIVE TREATMENTS

It has been determined at this time, that this category of medications is an effective treatment for depression. Other equally effective treatments include "talk therapies" such as counseling or cognitive-behavioral therapy.

### APPROXIMATE LENGTH OF CARE

The medication usually acts within a few days, and significant benefit often occurs within three weeks. Maximum benefit may require regular usage. The doctor will adjust the dosage from time to time, in most cases, to the minimum dosage that relieves the symptoms the inmate/resident is experiencing. The doctor will order laboratory tests from time to time to ensure that the medication is working safely.

### RISK AND HAZARDS

Avoid alcohol and operating a motor vehicle or other activities that require alertness. Avoid excessive exposure to sunlight. Sudden discontinuation of this medication may cause medical problems.

### NOTIFICATION

I understand that I can decide to stop taking this medication at any time by telling the Licensed Independent Provider (LIP) or any health care staff. If I decide to stop taking this medication, it will not affect my ability to receive other health care. I understand that by signing this form I am agreeing to let Dr. Raman treat me with a psychotropic drug. Dr. Raman has explained the nature of this treatment and the reasons I am being treated. I have also been informed about alternative treatments, the risks and hazards associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time that I will be taking this drug. Dr. Raman has given me a chance to ask questions about my treatment and has answered all my questions. I understand that I can discuss any other questions I might have about my treatment and the doctor and that a copy of this form may be reviewed upon my request.

_Ernest Brookins_
Inmate/Resident Signature        Number                          Time/Date

_Raman_                                                            7/19/04
Licensed Independent Provider Signature and Title                  Time/Date

© FCM Form

# Informed Consent for Antidepressant Medication

**FIRST CORRECTIONAL MEDICAL**

FCM at _____
(Facility)

**MEDICATION**

Elavil, Tofranil, Pamelor, Desyrel, Sinequan, Ludimil, Norpramin, Vivactil, Asendin, Surmontil or any other antidepressant.    ~~[illegible]~~ ~~[illegible]~~ Wellbutrin / Remeron.

**PURPOSE**

These medications are mood elevators used to treat the symptoms of depression and the depression that occurs with nervousness. They work by improving the balance of chemical substances within the brain.

**COMMON SIDE EFFECTS**

Common side effects include: sleepiness, blurred vision, constipation, difficulty urinating, dry mouth, rash, light headedness upon arising and occasionally changes in heart rate and blood pressure. If you experience any of these side effects, please report them to any member of the health care staff.

**ALTERNATIVE TREATMENTS**

It has been determined at this time, that this category of medications is an effective treatment for depression. Other equally effective treatments include "talk therapies" such as counseling or cognitive-behavioral therapy.

**APPROXIMATE LENGTH OF CARE**

The medication usually acts within a few days, and significant benefit often occurs within three weeks. Maximum benefit may require regular usage. The doctor will adjust the dosage from time to time, in most cases, to the minimum dosage that relieves the symptoms the inmate/resident is experiencing. The doctor will order laboratory tests from time to time to ensure that the medication is working safely.

**RISK AND HAZARDS**

Avoid alcohol and operating a motor vehicle or other activities that require alertness. Avoid excessive exposure to sunlight. Sudden discontinuation of this medication may cause medical problems.

**NOTIFICATION**

I understand that I can decide to stop taking this medication at any time by telling the Licensed Independent Provider (LIP) or any health care staff. If I decide to stop taking this medication, it will not affect my ability to receive other health care. I understand that by signing this form I am agreeing to let Dr. __Dr. Raman__ treat me with a psychotropic drug. Dr. __Dr. Raman__, has explained the nature of this treatment and the reasons I am being treated. I have also been informed about alternative treatments, the risks and hazards associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time that I will be taking this drug. Dr. __Raman__ has given me a chance to ask questions about my treatment and has answered all my questions. I understand that I can discuss any other questions I might have about my treatment and the doctor and that a signed copy of this form will be given to me upon request.

__Ernest Brookins__                                        __4/27/04__
Inmate/Resident Signature          Number          Time/Date

__Raman__
Licensed Independent Provider Signature and Title          __10/27/04__
                                                          Time/Date

FCM Proprietary Information—Not for Distribution or Reproduction

© FCM Form

**FIRST CORRECTIONAL MEDICAL**

**Informed Consent for Atypical Antipsychotics**
FCM at _____DCC_____ (Facility)

## MEDICATION
This type of medication includes such medications as: Clozaril, Resperidol, Olanzapine (Zyprexa), Quetiapine (Seroquel) and Ziprasidone (Geodon).

## PURPOSE
This type of medication is used to manage treatment-resistant psychotic symptoms when other antipsychotic medications have been tried first.

## COMMON SIDE EFFECTS
Low blood pressure, rapid heart beating, serious changes in the blood, high blood sugar, weight gain, insomnia, nausea, drowsiness, tremors, lightheadedness, fever, sore throat, or weakness. If you experience any of these side effects, immediately report them to any member of the health care staff.

## ALTERNATIVE TREATMENTS
This category of medication is effective when other antipsychotic medications have not been effective in reducing the symptoms of mental illness the inmate/resident is experiencing. This class of medication relieves the same symptoms as other traditional antipsychotic medications.

## APPROXIMATE LENGTH OF CARE
These medications usually act within a few days and significant benefit may take up to three weeks. The provider will adjust the dosage from time to time, in most cases to the minimum dose that relieves the symptoms the inmate/detainee is experiencing. The provider will order laboratory tests from time to time to ensure the medication is working safely.

## RISKS AND HAZARDS
Bone marrow suppression resulting in agranulocytosis (low white cells), glucose intolerance, and blood cholesterol imbalances may occur. Avoid tobacco as it decreases the effectiveness of these drugs.

## NOTIFICATION
I understand I can decide to stop taking this medication any time by telling the Licensed Independent Provider (LIP) or any health car staff. If I decide to stop taking this medication, it will not affect my ability to receive other health care. I understand that by signing this form I am agreeing to let Dr./N.P. __Mittal Ramon_____ treat me with a psychotropic drug. Dr./N.P. __Mittal Ramon_____ has explained the nature of this treatment and the reasons I am being treated. I have also been informed about the alternative treatments, the risks, and hazards associated with this treatment, the possible side effects that I may experience from this treatment and the length of time I will be taking this drug. Dr./N.P. __Mittal Ramon._____ has given me a chance to ask questions I might have about my treatment and has answered all my questions. I understand that I can discuss any other questions I might have about my treatment and the doctor/nurse practitioner and that a signed copy of this form will be given to me upon my request.

_P Ernest Brookins_
Inmate/Resident Signature          Number          Time/Date

_Ramos_                                              4/27/04
Licensed Independent Provider Signature and Title          Time/Date

Proprietary Information—Not For Redistribution

© FCM Form


FIRST
CORRECTIONAL
MEDICAL

**Informed Consent for Atypical Antipsychotics**
FCM at _____HRYCI_____ (Facility)

## MEDICATION
This type of medication includes such medications as: Clozaril, Risperidol, Olanzapine (Zyprexa), Quetiapine (Seroquel) and Ziprasidone (Geodon).

## PURPOSE
This type of medication is used to manage treatment-resistant psychotic symptoms when other antipsychotic medications have been tried first.

## COMMON SIDE EFFECTS
Low blood pressure, rapid heart beating, serious changes in the blood, high blood sugar, weight gain, insomnia, nausea, drowsiness, tremors, lightheadedness, fever, sore throat, or weakness. If you experience any of these side effects, immediately report them to any member of the health care staff.

## ALTERNATIVE TREATMENTS
This category of medication is effective when other antipsychotic medications have not been effective in reducing the symptoms of mental illness the inmate/resident is experiencing. This class of medication relieves the same symptoms as other traditional antipsychotic medications.

## APPROXIMATE LENGTH OF CARE
These medications usually act within a few days and significant benefit may take up to three weeks. The provider will adjust the dosage from time to time, in most cases to the minimum dose that relieves the symptoms the inmate/detainee is experiencing. The provider will order laboratory tests from time to time to ensure the medication is working safely.

## RISKS AND HAZARDS
Bone marrow suppression resulting in agranulocytosis (low white cells), glucose intolerance, and blood cholesterol imbalances may occur. Avoid tobacco as it decreases the effectiveness of these drugs.

## NOTIFICATION
I understand I can decide to stop taking this medication any time by telling the Licensed Independent Provider (LIP) or any health care staff. If I decide to stop taking this medication, it will not affect my ability to receive other health care. I understand that by signing this form I am agreeing to let Dr. Raman treat me with a psychotropic drug. Dr. Raman has explained the nature of this treatment and the reasons I am being treated. I have also been informed about the alternative treatments, the risks, and hazards associated with this treatment, the possible side effects that I may experience from this treatment and the length of time I will be taking this drug. Dr. Raman has given me a chance to ask questions I might have about my treatment and has answered all my questions. I understand that I can discuss any other questions I might have about my treatment and the doctor/nurse practitioner and that a signed copy of this form will be given to me upon my request.

_Ernest Brookins_ / _____ / _____
Inmate/Resident Signature    Number    Time/Date

_Raman_ / _____ / 7/19/04
Licensed Independent Provider Signature and Title    Time/Date

Proprietary Information—Not For Redistribution



**FIRST CORRECTIONAL MEDICAL**

**FIRST CORRECTIONAL MEDICAL, INC.**
**INITIAL PSYCHIATRIC EVALUATION**

NAME: Brookins Ernest  DOB: 4/29/52  AGE: 51  SBI# 110380  DATE: 4/27/04

History and chart reviewed: ☐ Yes ☐ No    Patient seen and examined: ☐ Yes ☐ No

**History of Present Illness:**
Problems c connections & medications.
"Paranoid delus" - hear voices telling me to hurt people/hurt self
I lost my pets. — 3 mths ago.
Sense of worthless, weeks of sadness.
Fear of crowds, anxiety attacks, panic attacks.

**Past Psychiatric History:**
# of previous ψ admissions: Many  First ψ adm. ___  last ψ adm. (date/location): Rockford 2 mths ago  Reason: paranoid/homicidal
Current ψ meds: Remeron
Past ψ meds: Thorazine, Seroquel, ↑ Wellbutrin, Celexa  Rx M.D.: Dr Hascan/Tracy - case worker, Dr. Gladden
Medication Side Effects: YES (NO) Describe: ___
Psych OP F/U: YES / NO  last seen: ___  CTT involvement?: Connecticut
Suicide History: ∅  # of suicide attempts ___ Last attempt/gesture (date/method): ___  Reason: denies
Self-mutilating Behaviors: ∅  # Unstable Relationships? (+)  H/O Violent Behavior: many/daughter
Describe: ___
Other: ___

**Substance abuse history:**
☐TOBACCO ☒THC ☒ETOH ☒COCAINE ☐HEROINE ☐AMPHETAMINES ☐PCP
☐MUSHROOMS ☐LSD ☐RX DRUG
ETOH: 20+ yrs - binge pattern - last relapse
THC: off and on - many years } sub
Last used? ___ IVDA? ___
INTOXICATION/WITHDRAWAL Describe: cocaine — detox

**Past Medical/Surgical History:** DM, Herniated disc
HIV risk factors: Unprotected sex c Q c Hep-B?  Last HIV status checked: ___  Result: ___
Medications: Glucophage, HCTZ, Ushuphil  Motrin allergy
Childhood History: Birth ✓ / Milestones ✓  Abuse ☐ Yes ☐ No Type ___  Perpetrator ___
Educational/Occupational History: Highest Grade 10th/GED  Job Description: Cosmetology  ☐Current ☐Past ☐Never
Legal History: Many # of previous incarcerations  last incarcerated on 3 yrs ago  reason: parole violation.  Original charge manslaughter (15 yrs off/on)
This incarceration since: 1 wk  reason: offensive touching
Family Psychiatric History: Grandmom - raised him - died @ age 19
Mom - died 2½ yrs ago. Brother - died of heroin addiction
Father - drug addict. - ∅ contact. Sister

**Mental Status Exam:**
Appearance: ☒Well-groomed/Dressed ☐Disheveled ☒Well-nourished/developed ☐Weak ☐Cachectic
Behavior: ☐Calm ☒Cooperative ☐Agitated ☐Uncooperative ☐Restless ☐Hyperactive ☐Slowed
☒Good eye contact ☐Poor eye contact ☐Bizarre ☐Irritable ☐AIMS
Speech: ☐Normal ☐Slurred ☒Loud ☐Soft ☒Pressured ☐Slowed ☐Monotone
Mood: Angry / Frustrated
Affect: ☐Appropriate ☐Inappropriate ☐Flat ☐Blunted ☐Constricted ☒Depressed
☐Angry ☐Euphoric/Expansive ☐Fearful ☒Anxious ✓Frustrated
Thought Process: ☐Goal-directed ☐Coherent ☐Logical ☐Incoherent ☐Illogical ☒Looseness of Associations ☐Flight of Ideas
☐Tangential/Circumstantial ☐Thought Blocking

Thought Content:   ☐ Appropriate ☒ Racing thoughts ☐ Poverty of thought ☐ Suicidal Ideations ☐ Homicidal ideations
☒ CAN/ CANNOT contract for safety ☐ Delusions: describe _referencel persecution_
☐ Thought Broadcasting ☐ Thought Insertion ☐ Thought Control ☐ Ideas of Reference ☒ Paranoia
☐ Obsessions ☐ Compulsions ☐ Phobias ☐ Preoccupations   describe: _____

Perceptual Disturbance: ☒ NONE      ☐ Hallucinations ☐ auditory ☐ visual ☐ tactile ☐ others _____ ☐ Illusions
Abstraction:    ☐ Appropriate ☒ Concrete ☐ Inappropriate: describe _____
Insight:   ☒ Good ☐ Poor         JUDGEMENT:   ☐ Good ☒ Poor
Mini-Mental Status Examination: (if necessary)
Level of Consciousness: ☐ Awake ☐ Alert ☐ Drowsy ☐ Lethargic ☐ Stuporous ☐ Coma

( ✓ ) Year/Season/Date/Day/Month       ( ) State/County/Town/Building        ( ) Immediate Recall 3 objects
( ) Spell "WORLD" backwards/Serial 7's  ( ) Name pencil and watch            ( ) Repeat "No if's, and's or but's"
( ) 3 step command                      ( ) Read and Obey directions         ( ) Write a sentence
( ) Copy design                         ( ) Long-term recall of 3 objects

```
                    schz   psy   dep   dys   anx   imp   adj   p-subs  pers
                    295.xx 298.9 296.xx 300.4 300.00 312.30 309.xx 304.80 301.9
```
INITIAL DIAGNOSIS:
Axis I  _paranoid schiz_ / _schizaffective D/o_ , _ETOH / cocaine / THC abuse_
Axis II  _Cl. B traits_
Axis III  _DM;_
Axis IV  _____
Axis V  _____

ASSESSMENT:

Patient IS / IS NOT   a danger to SELF / OTHERS

RECOMMENDATIONS/ TREATMENT
☒   NEED TO INCREASE DATA BASE/RAPPORT
☐   PSYCHOEDUCATION/SUPPORT.   GIVEN/NOT GIVEN
☐   MEDICATIONS OFFERED / NOT OFFERED    TO HOLD OFF MEDICATIONS
1. C/ Seroquel 300 mg bid
2. C/ Wellbutrin 200/100
3. C/ Remeron 30 mg qhs
☐   RISKS/BENEFITS OF MEDICATIONS DISCUSSED / NOT DISCUSSED
☐   PATIENT ACCEPTS / REFUSES MEDICATIONS   ☐    CONSENT SIGNED / NOT SIGNED
☐   PATIENT INFORMED & AWARE OF WAYS & MEANS TO ACCESS MENTAL HEALTH SERVICES   YES / NO
☐       MENTAL HEALTH UNIT REFERRAL   YES / NO
☐   MENTAL HEALTH GROUP REFERRAL   YES / NO

Connections
302 984 2302
ext 100
↓
AUI program

COMMENTS:
_W/ D/c celexa for ww; c/ rest of meds._
_M/ Debra to ✓ c Connections for med info_

MENTAL HEALTH CLASSIFICATION: _____

_Ramue_
Ramua Gopalakrishnan, MD
Psychiatrist


First Correctional Medical