Delaware Department of Correction - Grievance Report Report Created on Tuesday June 21, 2005 15:17

| Grv # | Offender (L,F,M,S) | | | | Institution | | | |
|---|---|---|---|---|---|---|---|---|
| SBI # | Date Written | Date Entered | IGC Assigned (L,F,M,S) | | | | Grievance Type | Total Grievance Amount |
| Grievance Status | Category | Total Grievance (s) | Grvn Amount | | | | | |
| 5126 | BROOKINS | ERNEST | L | | HRYCI | | | |
| 00110380 | 07/14/2004 | 07/15/2004 | Moody | Mary | | | Staff Issues | |
| Non Grievable | Individual | 3 | | | | | | |
| 5245 | BROOKINS | ERNEST | L | | HRYCI | | | |
| 00110380 | 07/17/2004 | 07/20/2004 | Moody | Mary | | | Health Issue (Medical) | |
| Resolved | Individual | 3 | | | | | | |
| 6100 | BROOKINS | ERNEST | L | | HRYCI | | | |
| 00110380 | 08/16/2004 | 08/23/2004 | Moody | Mary | | | Grievance Process | |
| Non Grievable | Individual | 3 | | | | | | |

**HRYCI Howard R. Young Correctional Institution**
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

Date: 08/31/2004

## INFORMAL RESOLUTION

| | | |
|---|---|---|
| **Offender Name :** BROOKINS, ERNEST L | **SB#** : 00110380 | **Institution** : HRYCI |
| **Grievance #** : 5245 | **Grievance Date** : 07/17/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/16/2004 | **Incident Time :** 20:15 |
| **IGC** : Moody, Mary | **Housing Location :** Building 1, West, Floor 1, Pod 1C, Cell 15, Bed C | |

**Investigator Name** : Fish, Irwin                    **Date of Report** 07/20/2004

**Investigation Report :** Sutton// I/M request request is questionable at best as to his receiving wrong meds and non grievable regarding Nurse Roberts "looks like she is always high"

**Reason for Referring:**

Offender's Signature: x Ernest Brookins

Date : x 8-31-04

Witness (Officer) : Sgt Mary Moody 8/31/04

1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

## GRIEVANCE INFORMATION - MGC

| | | |
|---|---|---|
| **Offender Name :** BROOKINS, ERNEST L | **SBI#** : 00110380 | **Institution** : HRYCI |
| **Grievance #** : 5245 | **Grievance Date** : 07/17/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/16/2004 | **Incident Time :** 20:15 |
| **IGC** : Moody, Mary | **Housing Location :** Building 1, West, Floor 1, Pod 1C, Cell 15, Bed C | |

**Date Received :** 07/23/2004 **Date of Recommendation:** 08/31/2004

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Fish, Irwin | Uphold |
| Staff | | Harris, Diane | Uphold |
| Staff | | Jovin, Jeremy | Uphold |

### VOTE COUNT

| Uphold : 3 | Deny : 0 | Abstain :0 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

8-31-04 Medical Grievance Committee Hearing convened

The Committee recommends that the grievance be upheld. The Committee apologized for the possibility that a mistake could have been made. Recommended to the inmate that if he sees a new medication to ask what the new medication is to receive clarity from the nurse.

**HRYCI Howard R. Young Correctional Institution**
Date: 07/21/2004
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700



# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name** : BROOKINS, ERNEST L | **SBI#** : 00110380 | **Institution** : HRYCI |
| **Grievance #** : 5245 | **Grievance Date** : 07/17/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/16/2004 | **Incident Time** : 20:15 |
| **IGC** : Moody, Mary | **Housing Location** : Building 1, West, Floor 1, Pod 1C, Cell 15, Bed C | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On the 16th of July approximately 8:15 - 8:45 pm Nurse Roberts gave me a clear liquid in a small plastic cup along with a green and white or a yellow and green capsule. I think it was (Seraquan). Whatever it was I was extremely sleepy, dizzy and jittery. I couldn't eat breakfast or hold a spoon to feed myself. I told CO Hitchen, he called the infirmary and I went there were no mention of new medications. This was a serious mistake which could of been fatal. My first sick call was 7-15-04. I seen the doctor my migraines and back pains were discussed. That's why I took it (new meds)

**Remedy Requested** : I am more than sure it was a honest mistake. But we must realize a mistake was made serious mistake. Nurse Roberts looks like she's always high. Nurse Roberts should take her time and stay focus. "Mistakes will happen." God knows, "I?ve mad a few!"

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : YES | **Date Received by Medical Unit** : 07/20/2004 |
| **Investigation Sent** : 07/20/2004 | **Investigation Sent To** : Fish, Irwin |
| **Grievance Amount** : | |



**HRYCI Howard R. Young Correctional Institution**
1301 E. 12th Street
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

Date: 07/21/2004

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name** : BROOKINS, ERNEST L | **SBI#** : 00110380 | **Institution** : HRYCI |
| **Grievance #** : 5245 | **Grievance Date** : 07/17/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/16/2004 | **Incident Time** : 20:15 |
| **IGC** : Moody, Mary | **Housing Location :** Building 1, West, Floor 1, Pod 1C, Cell 15, Bed C | |

| INFORMAL RESOLUTION | |
|---|---|
| **Investigator Name** : Fish, Irwin | **Date of Report:** 07/20/2004 |
| **Investigation Report :** | |
| **Reason for Referring:** | |

MPCJF
RECEIVED
AUG 3 1 2004
GRIEVANCE
HEARING

**Offender's Signature:** _Ernest Brookins_

**Date** : 7-21-04

**Witness (Officer)** : _George Sutton RNC 7/21/04_

04-5245

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: H.R.Y.C.I.

INMATE'S NAME: Mr Ernest Brookins

HOUSING UNIT: IC-15

MPCJF RECEIVED
JUL 20 2004
GRIEVANCE HEARING

DATE SUBMITTED: 7-17-04

SBI#: 40380

CASE #: 04-5245

//////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: 7-16-04 approxiety 8:15 - 8:45 p.m.

TYPE OF MEDICAL PROBLEM:

On the 16th of July approxiety 8:15 - 8:45 pm Nurse Roberts gave me a clear liquid in a small plastic cup along with a green and white or a yellow and green capsule. I think it was (Seraquan) Whatever it was I was extremely sleepy, dizzy and jittery. I couldn't eat breakfast or hold a spoon to feed myself. I told C/o kitchen, he called the infirmary and I went there were no mention of new medication. This was a serious mistake which could of been fatal. My first sick call was 7-15-04 - I seen the doctor - my migraines and back pains were discussed. that's why I took it (new meds)

GRIEVANT'S SIGNATURE: Mr Ernest Brookins   DATE: 7-17-04

ACTION REQUESTED BY GRIEVANT: I am more than sure it was a honest mistake. But we must realize a mistake was made serious mistake. Nurse Roberts looks like she's always high. Nurse Roberts should take her time and stay focus. "Mistakes will happen" God knows", I've made a few!

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY, OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

(Copy)

# Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO:           Erneat   Brookins            1-C

FROM:         Sgt. M. Moody, Inmate Grievance Chair

DATE:         7-21-04

RE:           MEDICAL GRIEVANCE # 04-5245

Please be advised that your medical grievance has been received in the

office of the Grievance Chair.  In accordance with the Inmate Grievance

Procedure 4.4, it has been forwarded to the Medical Department for

processing.

If no one contacts you for an informal resolution or if your grievance can

not be resolved informally, you will automatically be scheduled for a

grievance hearing before the Medical Grievance Committee (MGC).  Please

keep in mind your grievance is only one of numerous others received in this

office on a daily basis.  Thank you for your patience.

HRYCI Howard R. Young Correctional Institution
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

Date: 06/20/2005

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : BROOKINS, ERNEST L | **SBI#** : 00110380 | **Institution** : HRYCI |
| **Grievance #** : 5245 | **Grievance Date** : 07/17/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 2 | **Resol. Date** : 08/31/2004 |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/16/2004 | **Incident Time** : 20:15 |
| **IGC** : Moody, Mary | **Housing Location** : | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On the 16th of July approximately 8:15 - 8:45 pm Nurse Roberts gave me a clear liquid in a small plastic cup along with a green and white or a yellow and green capsule. I think it was (Seraquan). Whatever it was I was extremely sleepy, dizzy and jittery. I couldn't eat breakfast or hold a spoon to feed myself. I told CO Hitchen, he called the infirmary and I went, there were no mention of new medications. This was a serious mistake which could of been fatal. My first sick call was 7-15-04. I seen the doctor my migraines and back pains were discussed. That's why I took it (new meds)

**Remedy Requested** : I am more than sure it was a honest mistake. But we must realize a mistake was made serious mistake. Nurse Roberts looks like she's always high. Nurse Roberts should take her time and stay focus. "Mistakes will happen." God knows, "I've mad a few!"

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : YES | **Date Received by Medical Unit** : 07/20/2004 |
| **Investigation Sent** : 07/20/2004 | **Investigation Sent To** : Fish, Irwin |
| **Grievance Amount** : | |

HRYCI Howard R. Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

Date: 06/20/2005

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name** : BROOKINS, ERNEST L | **SBI#** : 00110380 | **Institution** : HRYCI |
| **Grievance #** : 5245 | **Grievance Date** : 07/17/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 2 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/16/2004 | **Incident Time :** 20:15 |
| **IGC** : Moody, Mary | **Housing Location :** | |

| INFORMAL RESOLUTION |
|---|

**Investigator Name** : Fish, Irwin                    **Date of Report** 07/20/2004

**Investigation Report :** Sutton// I/M request request is questionable at best as to his receiving wrong meds and non grieviable regarding Nurse Roberts "looks like she is always high"

**Reason for Referring:**

**Offender's Signature:**_____

**Date** :_____

**Witness (Officer)** :_____

HRYCI Howard R. Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** BROOKINS, ERNEST L | **SBI#** : 00110380 | **Institution** : HRYCI |
| **Grievance #** : 5245 | **Grievance Date** : 07/17/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 2 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/16/2004 | **Incident Time :** 20:15 |
| **IGC** : Moody, Mary | **Housing Location :** | |

### IGC

**Medical Provider:**  **Date Assigned**

**Comments:**

☑ **Forward to MGC**    ☐ **Warden Notified**

☐ **Forward to RGC**    **Date Forwarded to RGC/MGC :** 07/23/2004

☑ **Offender Signature Captured**    **Date Offender Signed** : 08/31/2004

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** BROOKINS, ERNEST L | **SBI#** : 00110380 | **Institution** : HRYCI |
| **Grievance #** : 5245 | **Grievance Date** : 07/17/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 2 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/16/2004 | **Incident Time :** 20:15 |
| **IGC** : Moody, Mary | **Housing Location :** | |

### MGC

**Date Received :** 07/23/2004        **Date of Recommendation:** 08/31/2004

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Fish, Irwin | Uphold |
| Staff | | Harris, Diane | Uphold |
| Staff | | Jovin, Jeremy | Uphold |

### VOTE COUNT

| | | |
|---|---|---|
| **Uphold : 3** | **Deny : 0** | **Abstain :0** |

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

8-31-04 Medical Grievance Committee Hearing convened

The Committee recommends that the grievance be upheld. The Committee apologized for the possibility that a mistake could have been made. Recommended to the inmate that if he sees a new medication to ask what the new medication is to receive clarity from the nurse.

**HRYCI Howard R. Young Correctional Institution**
1301 E. 12th Street
**WILMINGTON DE, 19809**
Phone No. 302-429-7700

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name** : BROOKINS, ERNEST L | **SBI#** : 00110380 | **Institution** : HRYCI | |
| **Grievance #** : 5126 | **Grievance Date** : 07/14/2004 | **Category** : Individual | |
| **Status** : Non Grievable | **Resolution Status** : | **Resol. Date** : | |
| **Grievance Type**: Staff Issues | **Incident Date** : 07/14/2004 | **Incident Time** : 09:15 | |
| **IGC** : Moody, Mary | **Housing Location** : | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On the above date CO Fagan inform me that I had to get blood work done. When I returned breakfast was being served. So I got in line (the line was pretty long) seems like as soon as I set down to eat Co Fagan said we have 60 second to clear the floor. I am a diabetic and I must eat CO Fagan force me to eat in my cell. General principles of due process requires that inmates not be punished for forbidden acts of which they had no prior notice (8 Amendment). If I stayed on the floor you got 24-If I finish eating in my cell-24 lunch time CO Fagan was going to feed me in my cell.

**Remedy Requested** : I asked to see Lt. and she refused my request. I didn't eat lunch. Because it was stolen. She said numbers 20 was gonna feed me. (a inmate) Co Fagan behavior was insensitive and unprofessional . I want her reprimanded and forced to attend sensitivity classes.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : NO | **Date Received by Medical Unit :** |
| **Investigation Sent** : | **Investigation Sent To** : Singh, Balwant |
| **Grievance Amount** : | |

**HRYCI Howard R. Young Correctional Institution**
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

Date: 06/20/2005

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : BROOKINS, ERNEST L | SBI# : 00110380 | Institution : HRYCI |
| Grievance # : 5126 | Grievance Date : 07/14/2004 | Category : Individual |
| Status : Non Grievable | Resolution Status: | Inmate Status : |
| Grievance Type: Staff Issues | Incident Date : 07/14/2004 | Incident Time : 09:15 |
| IGC : Moody, Mary | Housing Location : | |

### INFORMAL RESOLUTION

**Investigator Name** : Singh, Balwant          **Date of Report** 07/15/2004

**Investigation Report :** Inmate was written up on a 24hrs l.o.a.p. because security team found state food refer to IR#3007846 and DR#3005525. Officer Fagan submitted a report IR#3007851, on refusing his lunch tray because he wanted to speak to a Sergeant /or Lt. It was explained that she didn't refuse the meal to him and he had an opportunity to eat. It was also explained that state food other then what was authorized due to his medical status (diabetic) is considered contraband.

**Reason for Referring:**

Offender's Signature:_____

Date            :_____

Witness (Officer)    :_____

HRYCI Howard R. Young Correctional Institution Date: 06/20/2005
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** BROOKINS, ERNEST L | **SBI#** : 00110380 | **Institution** : HRYCI |
| **Grievance #** : 5126 | **Grievance Date** : 07/14/2004 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 07/14/2004 | **Incident Time :** 09:15 |
| **IGC** : Moody, Mary | **Housing Location :** | |

### IGC

**Medical Provider:**                       **Date Assigned**

**Comments:**
Non-Grievable - Action Request

☐ **Forward to MGC**                ☐ **Warden Notified**

☐ **Forward to RGC**                **Date Forwarded to RGC/MGC :** 07/15/2004

☒ **Offender Signature Captured**   **Date Offender Signed** : 07/20/2004

STATE O F DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:         Inmate   Ernest Brookins        1.C

FROM:      Sgt. Moody, Inmate Grievance Chairperson

DATE:      7-15-04

RE:         YOUR RECENT GRIEVANCE #04- 5126

This memo is to inform you that the grievance submitted by you dated  7-14-04  , regarding
_____ Conduct of C/o Fagan _____ is not grievable for the following reason(s):

_____ The complaint was addressed by the IGC: _____.

_____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

_____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

_____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24
hours of receiving the form.

_____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

X  Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is: Captain Emig 8-4 shift Commander

_____ This is an issue/complaint that has already been grieved by you or another inmate. # _____

~~_____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.~~

~~_____ The grievance is a photocopy, carbon copy, written in pencil or red ink.  Original grievance forms~~
must be written in black or dark blue ink.

_____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
for clarification and/or direction.

X Action request is inappropriate or not completed. Inmate must make an actual request, such as, request that an investigation be conducted (inmates are not forwarded results of investigations that involve staff conduct).

_____ Documentation must be attached to the grievance when it is resubmitted that supports allegations/complaint, such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

_____ This complaint should be addressed by submitting a sick call slip. If you are experiencing any type medical condition, please submit a sick call slip.

_____ Other: Requests are not processed through the grievance procedure.

_____ Other: Please be advised that you have submitted your grievance on the wrong form. Please re-submit using the correct grievance form.

cc:     file

Violation of mcy & contendment Reports — Read (A.P.H.A.)
(A.C.A.) Action Request

**FORM #584**

**GRIEVANCE FORM**

04-5126

FACILITY: HRYCI

DATE: 7-14-04

GRIEVANT'S NAME: Ernest Brookins

SBI#: 110380

CASE#: 04-5126

TIME OF INCIDENT: approx. 9:15 - 9:30

HOUSING UNIT: 1C #15

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the above date C/o fagan inform me that I had to get blood work done. When I returned Breakfast was being served. So I got in line (the line was pretty long) seems like as soon as I set down to eat C/o fagan said we have 60 second to clear the floor. I am a Diabetic, and I must eat. C/o fagan force me to eat in my Cell. General principles of due process requires that inmates not be punished for forbidden acts of which they had no prior notice (8 amendment). If I stayed on the floor you get 24 - If I finish eating in my Cell - 24 lunch time C/o Fagan was going to feed me in my Cell.

ACTION REQUESTED BY GRIEVANT: I asked to see a LT. and refused she refused my request. I didn't eat Lunch - Because it was stolen. She said number *20 was gonna feed me (a inmate) C/o fagan behavior was insensitive and unprofessional. I want her reprimanded and forced to attend sensitivity classes.

GRIEVANT'S SIGNATURE: Ernest Brookins DATE: 7-14-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

MPCJF RECEIVED
JUL 15 2004
GRIEVANCE HEARING

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____ DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

Copies made

HRYCI Howard R. Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

Date: 07/19/2004

*attach to file copy*

## GRIEVANCE REPORT

| | | | |
|---|---|---|---|
| **Offender Name** : BROOKINS, ERNEST L | **SBI#** : 00110380 | **Institution** : HRYCI |
| **Grievance #** : 5126 | **Grievance Date** : 07/14/2004 | **Category** : Individual |
| **Status** : ~~Non-Grievable~~ *Action Request* | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Staff Issues | **Incident Date** : 07/14/2004 | **Incident Time** : 09:15 |
| **IGC** : Moody, Mary | **Housing Location** : Building 1, West, Floor 1, Pod 1C, Cell 15, Bed C | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On the above date CO Fagan inform me that I had to get blood work done. When I returned breakfast was being served. So I got in line (the line was pretty long) seems like as soon as I set down to eat Co Fagan said we have 60 second to clear the floor. I am a diabetic and I must eat CO Fagan force me to eat in my cell. General principles of due process requires that inmates not be punished for forbidden acts of which they had no prior notice (8 Amendment). If I stayed on the floor you got 24-If I finish eating in my cell-24 lunch time CO Fagan was going to feed me in my cell.

**Remedy Requested** : I asked to see Lt. and she refused my request. I didn't eat lunch. Because it was stolen. She said numbers 20 was gonna feed me. (a inmate) Co Fagan behavior was insensitive and unprofessional . I want her reprimanded and forced to attend sensitivity classes.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Singh, Balwant |
| **Grievance Amount :** | |



MPCJF
RECEIVED
JUL 2 0 2004
GRIEVANCE
HEARING

**HRYCI Howard R.Young Correctional Institution**                    Date: 07/19/2004
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

## INFORMAL RESOLUTION

| | | |
|---|---|---|
| Offender Name : BROOKINS, ERNEST L | SBI# : 00110380 | Institution : HRYCI |
| Grievance # : 5126 | Grievance Date : 07/14/2004 | Category : Individual |
| Status : Non Grievable | Resolution Status: | Inmate Status : |
| Grievance Type: Staff Issues | Incident Date : 07/14/2004 | Incident Time : 09:15 |
| IGC : Moody, Mary | Housing Location :Building 1, West, Floor 1, Pod 1C, Cell 15, Bed C | |

### INFORMAL RESOLUTION

**Investigator Name** : Singh, Balwant                    **Date of Report** 07/15/2004

**Investigation Report :** Inmate was written up on a 24hrs l.o.a.p. because security team found state food refer to IR#3007846 and DR#3005525. Officer Fagan submitted a report IR#3007851, on refusing his lunch tray because he wanted to speak to a Sergeant /or Lt. It was explained that she didn't refuse the meal to him and he had an opportunity to eat. It was also explained that state food other then what was authorized due to his medical status (diabetic) is considered contraband.

**Reason for Referring:**



Offender's Signature: _Ernest Brookins (unsigned)_

Date : 7-19-04

Witness (Officer) : _Sergeant Fd_

**HRYCI Howard R.Young Correctional Institution** Date: 07/19/2004
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

## GRIEVANCE INFORMATION - IGC

| | | |
|---|---|---|
| Offender Name : BROOKINS, ERNEST L | SBI# : 00110380 | Institution : HRYCI |
| Grievance # : 5126 | Grievance Date : 07/14/2004 | Category : Individual |
| Status : Non Grievable | Resolution Status : | Inmate Status : |
| Grievance Type: Staff Issues | Incident Date : 07/14/2004 | Incident Time : 09:15 |
| IGC : Moody, Mary | Housing Location : Building 1, West, Floor 1, Pod 1C, Cell 15, Bed C | |

**IGC**

Medical Provider:                     Date Assigned

Comments:
Non-Grievable - Action Request

☐ **Forward to MGC**          ☐ **Warden Notified**

☐ **Forward to RGC**          Date Forwarded to RGC/MGC : 07/15/2004

☐ **Offender Signature Captured**     Date Offender Signed     :



Disciplinary# 3005525

HRYCI Howard R. Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

# DISCIPLINARY REPORT

| Disciplinary Type: Class1 | | Housing Unit: | | IR#: 3007846 | | |
|---|---|---|---|---|---|---|
| **SBI#** | **Inmate Name** | **Inst. Name** | **Location Of Incident** | | **Date** | **Time** |
| 00110380 | Brookins, Ernest L | HRYCI | Pod 1C | | 07/13/2004 | 10:55 |

Violations: 2.13/200.111 Possession of Non-Dangerous Contraband

Witnesses:1. Terrell, Clifford          2. N/A                          3. N/A

## Description of Alleged Violation(s)

On The Above Date And Approximate Time While Security Team Was Shaking Down Cell 15 On 1c Pod, C/O Terrell Found State Food In Belonging To Inmate Brookins,Ernest 110380. Notified Lead Worker And Submitted Report.

Reporting Officer: Fagan, Malissa  (Correctional Officer)

## Immediate Action Taken

Immediate action taken by: Fagan, Malissa -Correctional Officer

Submitted Report , Notified  Lead Worker

## Offender Disposition Details

Disposition: Guilty                    Date:07/13/2004   Time: 11:32   Cell secured? Yes

Reason: N/A

Disposition Of Evidence: All State Food Was Discarded, By Officer Fagan

## Approval Information

Approved: ☑    Disapproved: ☐    Approved By: Way, Fred III(CO Corporal/Sgt. - Large Inst.)

Comments: N/A

## Shift Supervisor Details

Date Received: 07/13/2004      Time: 11:31    Received From: Fagan, Malissa

Shift Supervisor Determination:

[X]   Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate
      revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[ ]   Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearin

_____
Way, Fred III(CO Corporal/Sgt. - Large Inst.)

I have received a copy of this notice on **DATE:**_____ **TIME:** _____ and have been informed of my rights to have
a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions
outlined in the Rules of conduct.

Preliminary Hearing
Officer: _____        Offender: _____
                Way, Fred  III                          Brookins, Ernest L

| Incident# | |
|-----------|--|
| **3007846** | |

**HRYCI Howard R.Young Correctional Institution**
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone#: 302-429-7700**

# INCIDENT REPORT

| **Group#:** N/A | **Type:** Inmate Involved | **Incident Date:** 07/13/2004 | **Time:** 10:55 | **Confidential:** No |
|---|---|---|---|---|

**Facility:** HRYCI Howard R.Young Correctional Institution                **Followup Required :** No

**Associated Disciplinary Report #(s):** 3005525

**Incident Location:** Pod 1C

**Location Description:** cell #

**Violated Conditions:** 2.13/200.111 Possession of Non-Dangerous Contraband

**Description of Incident:**
On the above date and approximate time while security team was shaking down cell 15 on 1C pod, C/O Terrell found state food in belonging to inmate Brookins,Ernest 110380. Submitted report and notified Lead Worker.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

| **Evidence Type:** State Food | **Date Collected:** 07/13/2004 |
|---|---|
| **Discovered By :** Clifford, Terrell | **Secured By:** Malissa, Fagan |

**Type of Force Used:** [ ]  PHYSICAL  [ ]  CHEMICAL [ ]  STUN [ ]  OTHER  [ ]  CAPSTUN [X]  NONE

**Restraints Used    :** N/A

**Immediate Action Taken:**
Notified lead worker, Sergeant Way

| Individuals Involved | | | |
|---|---|---|---|
| **Person Code** | **Name** | **SBI#** | **Title** |
| Staff | Clifford, Terrell | N/A | Correctional Officer |
| Staff | Malissa, Fagan | N/A | Correctional Officer |
| Inmate | Ernest, Brookins L | 00110380 | N/A |
| Staff | Fred, Way  III | N/A | CO Corporal/Sgt. - Large Inst. |

**Reporting Officer:** Fagan, Malissa  (Correctional Officer)        **Entered By:** Fagan, Malissa  (Correctional Officer)

| Approval Information | |
|---|---|

| [ X ]  Approved  [ ] Disapproved  **Date:** 07/13/2004  **Approved by:** Way, Fred  III (Co Corporal/Sgt. - Large Inst.) |
|---|
| **Comments:** N/A |

| Incident# | HRYCI Howard R.Young Correctional Institution | Date: 06/20/2005 |
| --- | --- | --- |
| 3007851 | | |

**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone#: 302-429-7700**

## INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 07/13/2004 | Time: 12:25 | Confidential: No |
| --- | --- | --- | --- | --- |

**Facility:** HRYCI Howard R.Young Correctional Institution    **Followup Required :** No

**Incident Location:** Pod 1C

**Location Description:**

**Violated Conditions:** Other

**Description of Incident:**

On tha above date and approximate time inmate brookins, Ernest 110380 was informed of a L.O.A.P due to having state food in his cell. He was then informed he would have to eat in his cell (15). Inmate brookin, Ernest 110380 refused his food. Notified Lead Worker, Sergeant Way

\* Please Note Officer was told to pass this information on to the next shift( 4x12) to see if he eats evening meal

| Injured Persons | Hospitalized | Nature Of Injuries | |
| --- | --- | --- | --- |
| N/A | N/A | N/A | |

**Evidence Type:** N/A    **Date Collected:** N/A

**Discovered By :** N/A    **Secured By:** N/A

**Type of Force Used: [ ]   PHYSICAL   [ ]   CHEMICAL [ ]   STUN [ ]   OTHER   [ ]   CAPSTUN [X]   NONE**

**Restraints Used    : N/A**

**Immediate Action Taken:**

Notified lead worker, Sergeant Way

| Individuals Involved | | | |
| --- | --- | --- | --- |
| Person Code | Name | SBI# | Title |
| Staff | Malissa, Fagan | N/A | Correctional Officer |
| Staff | Fred, Way III | N/A | CO Corporal/Sgt. - Large Inst. |
| Inmate | Ernest, Brookins L | 00110380 | N/A |

**Reporting Officer:** Fagan, Malissa  (Correctional Officer)    **Entered By:** Fagan, Malissa  (Correctional Officer)

| Approval Information | | | |
| --- | --- | --- | --- |

| [ X ]   Approved | [ ] Disapproved   Date: 07/14/2004   Approved by: Emig, Mark   (Shift Commander - Large Inst.) |
| --- | --- |

**Comments:** N/A

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
OFFICE OF THE GRIEVANCE CHAIRPERSON
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate  Ernest Brothers            1-C

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    8-23-04

RE:        YOUR RECENT GRIEVANCE #04- 6100

This memo is to inform you that the grievance submitted by you dated  8-16-04 , regarding
        Cruel and unusal punishment        is not grievable for the following reason(s):

_____ The complaint was addressed by the IGC: _____.

_____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
        welfare of inmates, staff and the public).

_____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
        Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
        within seven (7) days after the inmate receives the Classification decision. The letter must state that
        the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
        the classification decision.

_____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
        of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24
        hours of receiving the form.

_____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
        Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
        Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
        Wilmington, DE 19801.

__X__ **Inmates cannot request or demand disciplinary action on staff. If you have a complaint
regarding staff write a letter to that person's supervisor. In this case, that is:  Captain Bamford.**

_____ This is an issue/complaint that has already been grieved by you or another inmate. # _____

_____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

__X__ **The grievance is a photocopy, carbon copy, written in pencil or red ink.  Original grievance**
forms must be written in black or dark blue ink.

_____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
        for clarification and/or direction.

_____ Action request is inappropriate or not completed. Inmate must make an actual request, such as, request that an investigation be conducted (inmates are not forwarded results of investigations that involve staff conduct).

_____ Documentation must be attached to the grievance when it is resubmitted that supports allegations/complaint, such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

_____ This complaint should be addressed by submitting a sick call slip. If you are experiencing any type medical condition, please submit a sick call slip.

_____ Other: Requests are not processed through the grievance procedure.

_____ Other: Please be advised that you have submitted your grievance on the wrong form. Please re-submit using the correct grievance form.

cc:      file

Photocopy
04-6100

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: HRYCI                    DATE: 8-16-04

GRIEVANT'S NAME: Ernest Brookins    SBI#: 110380

CASE#: _____                TIME OF INCIDENT: approxeity 4:00 pm

HOUSING UNIT: 1C #15

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On 7-8-04 - 2 grievance forms were send to Sgt. Woody (Chairperson) concerning %o Thorne's refusal to issue new clothing forcing me to wear dirty underwear - pants shirts etc. etc %o Thorne threathen to call a code if I continued to refuse this happened in booking 7-7-04. I was transfered 7-8-04 to 2F #5 with two other inmates (James Cooper, Martin hernandez with out a mattress - the %o forced me to sleep on the floor by the toilet withoutreasoning. 8-14 amindmuite clearly states that prison officials have the Constitutional Duty to provide inmates under their management with reasonable, adequate food clothing shelter sanitation, medical care and personal safety to avoid the imposition of cruel and unusual punishment.

ACTION REQUESTED BY GRIEVANT:

My letters to Sgt. Woody as well as the three grievances weren't answered I talked too Staff LT. Songh Sgt. Way III. Staff LT. Sinak won take a little addressed to Sgt. Woody too no avail. I want the resolve of these grievances in question as soon as possible.

GRIEVANT'S SIGNATURE: Ernest Brookins    DATE: 8-17-04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____ (YES)  ✓ (NO)

MPCJF
RECEIVED
AUG 23 2004
GRIEVANCE
HEARING

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

(2) gir on file 5245 - Medical    April '97 REV
5126 - Staff Issue regarding %o Logan

7-17-04

Dear Sgt. Moody,
　　　　I recieved the response from C/O Fagan
wance and understand your decision.

　　　　However I filed 2 grievances while
housed on 2F-15. One was dated 7-7-04 + 7-8-04
　　　　Please return all grievance forms along
with decisions. Thanking you in advance!



MPCJF
RECEIVED
JUL 20 2004
GRIEVANCE
HEARING

Sincerity
Mr. Ernest Brookins
1C-5

P.S.
all foeward grievances
an copied.

7-15-04

① Dear Sgt. Moody,

I am writing in referenced to several grievances I filed on 2-5-15 and 1C-15 where I am presently Housin. It's my understanding that the response date is 72 hours. Please respond as soon as possible!

P-S
All grievances were dated copied and filed

Sincerity
Ernest Brookins

HRYCI Howard R. Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : BROOKINS, ERNEST L | **SBI#** : 00110380 | **Institution** : HRYCI |
| **Grievance #** : 6100 | **Grievance Date** : 08/16/2004 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Grievance Process | **Incident Date** : 07/08/2004 | **Incident Time** : 16:00 |
| **IGC** : Moody, Mary | **Housing Location** : | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On 7-8-04 - 2 grievance forms were send to Sgt. Moody (Chairperson) concerning CO Thorne's refusal to issue new clothing forcing me to wear dirty underwear pants skirts etc. CO Thorne threaten to call a code if I continued to refuse. This happened in Booking 7-7-04. I was transferred 7-8-04 to 2F#5 with two other inmates names Cooper, Martin Hernandez without a mattress the CO forced me to sleep on the floor by the toilet without reasoning 8-14 amendment clearly states that prison officials have the constitutional duty to provide inmates under their management with reasonable, adequate, food clothing shelter sanitation medical care and personal safety to avoid the imposition of cruel and unusual punishment.

**Remedy Requested** : My letters to Sgt. Moody as well as the three grievances weren't answered. I talked to Staff Lt. Singh, Sgt. Way, Ill. Staff Lt. Singh take a letter addressed to Sgt. Moody to no avail. I want the resolve of these grievances in question as soon as possible.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| Staff | | Thorne, Valentino |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Sabato, Joseph |
| **Grievance Amount :** | |

HRYCI Howard R. Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

Date: 06/20/2005

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** BROOKINS, ERNEST L | **SBI#** : 00110380 | **Institution** : HRYCI |
| **Grievance #** : 6100 | **Grievance Date** : 08/16/2004 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Grievance Process | **Incident Date** : 07/08/2004 | **Incident Time :** 16:00 |
| **IGC** : Moody, Mary | **Housing Location :** | |

| INFORMAL RESOLUTION |
|---|

**Investigator Name** : Sabato, Joseph                    **Date of Report** 08/31/2004

**Investigation Report :**

**Reason for Referring:**

**Offender's Signature:**_____

**Date**            :_____

**Witness (Officer)** :_____

HRYCI Howard R Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** BROOKINS, ERNEST L | **SBI#** : 00110380 | **Institution** : HRYCI |
| **Grievance #** : 6100 | **Grievance Date** : 08/16/2004 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Grievance Process | **Incident Date** : 07/08/2004 | **Incident Time :** 16:00 |
| **IGC** : Moody, Mary | **Housing Location :** | |

### IGC

**Medical Provider:**                **Date Assigned**

**Comments**:
Non-grievable - photocopy/timely submission

Note I/M Brookins only has two grievances on file 5126 - Staff issue regarding Officer Fagan and 5245 Medical issue.

☐ **Forward to MGC**          ☐ **Warden Notified**

☐ **Forward to RGC**          **Date Forwarded to RGC/MGC :** 08/23/2004

☐ **Offender Signature Captured**     **Date Offender Signed**      :