IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ernest L. Brookins, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1250-SLR |
| | ) | |
| Raphael Williams, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STATE DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

COMES NOW Defendant Warden Raphael Williams ("State Defendant"), by and through undersigned counsel, and respectfully moves this Honorable Court to enter an Order granting an enlargement of time within which to file a reply brief. In support of this motion, State Defendants offer the following:

1. On June 29, 2005, State Defendants filed a Motion to Dismiss with accompanying Memorandum of Points and Authorities. [D.I. 11, 12]. On that same date, the undersigned counsel caused the Motion and Memorandum to be served upon Plaintiff by first class mail to the address provided by him in his Complaint filed with this Court on September 9, 2004: "Ernest L. Brookins, 27 Brookedge Court, Apt. A5, Iron Hill Apts., Old Baltimore Pike, Newark, DE 19702" [D.I. 2]. *See* Notice attached hereto as Exhibit "A."

2. On August 23, 2005, this Court ordered Plaintiff to file his answering brief no later than September 26, 2005. Defendant's reply brief is due no later than October 10, 2005.

3. Defense counsel will be out of the office from September 23, 2005, to October 13, 2005, and requests an enlargement of time to file a reply brief.

4. There is no trial date scheduled in this case.

WHEREFORE, for the reasons stated herein, State Defendant respectfully requests that the Court grant their Motion for Enlargement of Time and enter an order in the form attached hereto, with the appropriate dates provided at the Court's discretion.

                                              **STATE OF DELAWARE**
                                              **DEPARTMENT OF JUSTICE**

                                              /s/ Lisa Barchi
                                              Deputy Attorney General
                                              820 N. French Street, 6th floor
                                              Wilmington, DE 19801
                                              (302) 577-8400
                                              lisa.barchi@state.de.us

Date: September 8, 2005                                  Attorney for State Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Ernest L. Brookins, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 04-1250-SLR |
| | ) |
| Raphael Williams, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**O R D E R**

This _____ day of _____, 2005,

**WHEREAS,** State Defendant having requested an enlargement of time in which to file a reply brief; and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that State Defendant's Motion for Enlargement of Time be granted and said Defendant shall file a reply brief on or before _____.

_____
United States District Court Judge

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Ernest L. Brookins, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1250-SLR |
| ) | |
| Raphael Williams, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**16.5 CERTIFICATE OF COUNSEL**

In compliance with Local Rule of Civil Procedure 16.5, counsel for the Defendant making the request for enlargement of time to file a reply brief files this Certificate and states:

I certify that the State Defendant has been provided with copies of his Motion for Enlargement of Time and that service has been sent by regular mail.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        /s/ Lisa Barchi
        Deputy Attorney General
        820 N. French Street, 6th floor
        Wilmington, DE 19801
        (302) 577-8400
        lisa.barchi@state.de.us

Date: September 8, 2005        Attorney for State Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Ernest L. Brookins, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1250-SLR |
| | ) |
| Raphael Williams, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**7.1.1 CERTIFICATE OF COUNSEL**

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. She wrote to Plaintiff Ernest L. Brookins on August 31, 2005, advising that she planned to move for an Enlargement of Time, for the reasons set forth in the accompanying Motion, and asking whether Plaintiff objected to the planned Motion. A copy of undersigned counsel's letter is attached hereto as Exhibit "B."

2. To date, Plaintiff has not responded to the August 31, 2005 letter and undersigned counsel assumes that Defendants' Motion is unopposed.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Lisa Barchi
    Deputy Attorney General
    820 N. French Street, 6th floor
    Wilmington, DE 19801
    (302) 577-8400
    lisa.barchi@state.de.us

Date: September 8, 2005    Attorney for State Defendant

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on September 8, 2005, I electronically filed *State Defendant's Motion for Enlargement of Time* with the Clerk of Court using CM/ECF. I have mailed by United States Postal Service, the document to the following non-registered participant:

Ernest L. Brookins
Brookedge Court, Apt. A5
Iron Hill Apts.
Old Baltimore Pike
Newark, DE 19702

/s/ Lisa Barchi
Deputy Attorney General
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Attorney for State Defendant