## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2005, I electronically filed *Defendant's Memorandum of Points and Authorities in Support of His Motion to Dismiss/Summary Judgment* with the Clerk of Court using CM/ECF. I hereby certify that on June 29, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant: Ernest L. Brookins.

/s/ Lisa Barchi
Lisa Barchi # 3927
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
lisa.barchi@state.de.us