

M. JANE BRADY
ATTORNEY GENERAL

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-4698 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO :
New Castle County

August 31, 2005

Ernest L. Brookins
27 Brookedge Court, Apt. A5
Iron Hill Apts.
Old Baltimore Pike
Newark, DE 19702

        Re:  **Ernest L. Brookins v. Raphael Williams**
             **C.A. No. 04-1250-SLR**

Dear Mr. Brookins:

       On August 23, 2005, the Court ordered specific dates for filing briefs in this case. I am writing to advise you that I will be submitting a motion to the District Court asking for an extension of the October 10, 2005 deadline to file a reply brief. Please advise me as to whether you object to this request. Thank you for your attention to this matter.

                                            Very truly yours,

                                            Lisa Barchi
                                            Deputy Attorney General

Xc:  File