IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Ernest L. Brookins, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1250-SLR |
| | ) | |
| Raphael Williams, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

This \_\_\_9th\_\_\_ day of _September_, 2005,

**WHEREAS,** State Defendant having requested an enlargement of time in which to file a reply brief; and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED,** that State Defendant's Motion for Enlargement of Time be granted and said Defendant shall file a reply brief on or before _October 24, 2005_.

_____
United States District Court Judge