IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ERNEST L. BROOKINS

        Plaintiff

v.

WARDEN RAPHAEL WILLIAMS,

        Defendant.

Civ. No. 04-1250-SLR

## Answer To Motion To Dismiss

1. Denied

2. Denied

    A. Claim was for $500,000

    B. Complaint was base on
        1. Ruiz v Estelle - Overcrowding Conditions
        2. Cruel and unusual punishment
        3. 8 amendment

    C. all grievances and os complaints were forward to warden Raphael Williams

# AFFIDAVIT

BE IT ACKNOWLEDGED, that Ernest L. Brookins of 27 A5 Brookedge ct. Ironhill apt. Newark De the undersigned deponent, being of legal age, does hereby depose and say under oath as follows: I was forced to eat sleep and endure intolerable odors and conditions in a cell with two other inmates without hot water, with little or no release. Slept by the toilet. I did not receive my medications for diabetes, bipolar, high blood pressure, schizophrenia, migraines. Sugar level was not monitor for days. I was forced to wear dirty used underwear etc. I was intimated, humiliated and harassed by prison officals and refused exercise and showers for days. And I affirm that the foregoing is true except as to statements made upon information and belief, and as to those I believe them to be true.

Witness my hand under the penalties of perjury this 27th day of September, 2005

Ernest L. Brookins
Name

27 A5 Brookedge ct. Ironhill apt.
Address

Old Baltimore Pike Newark De 19702

STATE OF Delaware
COUNTY OF New Castle

On _____ before me, _____, personally appeared _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Signature_____

Affiant ____Known ____Unknown
ID Produced_____
(Seal)

Prison officials have the Constitutional duty to provide inmates under their management with reasonable adequate food, clothing, shelter, sanitation, medical care and personal safety, so as to avoid the imposition of cruel and unusual punishment, and inmates settled with special needs, physical disabilities or mental handicaps are owed the same duty in in these respects as health prisoners.

The eight (8) amendment establishes a state's obligation to provide for those it is punishing by incarceration is a direct consquence of the state's legitimate power to deprive a person of his/her freedom for a violation of its penal laws.

A number of highly qualified experts witnesses presented persuasive testimonies relating to incumental negative physical and psychological

effects of inmates continued close confinement in too intimate proximity with their fellow inmates. Included among the consequences were the spread of disease and enhancement of stress, tension, anxiety, hostility and depression.

| ORDER DATE | MEDICATION | FREQ. | NON-MEDICATION ORDERS |
|---|---|---|---|
| | CELEXA 20MG TABLET,<br>1 TAB ORALLY EVERY MORNING (DR. FAWZIA HASAN) | 8 | |
| 07/12/00 R264880 | CARISOPRODOL 350MG TABLET<br>1 TAB ORALLY TWICE DAILY (DR. FAWZIA HASAN) | 8<br>5 | |
| 07/17/00 R264889 | CELEBREX 200MG CAPSULE<br>1 CAP ORALLY TWICE DAILY (DR. FAWZIA HASAN) | 8<br>5 | |
| 07/17/00 R264890 | HYDROCHLOROTHIAZIDE 25MG TABLET (RP: HYDRODIURIL)<br>0.5 TAB ORALLY DAILY (DR. FAWZIA HASAN) | 8 | |
| 08/24/00 R264901 | ACTOS 30MG TABLET<br>1 TAB ORALLY DAILY (DR. FAWZIA HASAN) | 8 | |
| 05/__/01 R264972 | SEROQUEL 200MG TABLET<br>1 TAB ORALLY THREE TIMES DAILY (DR. FAWZIA HASAN) | 8<br>2<br>5 | |
| 10/03/00 R264908 | WELLBUTRIN SR 100MG TABLET SA<br>1 TAB ORALLY EVERY MORNING (DR. FAWZIA HASAN) | 8 | |
| 12/19/01 R280559 | WELLBUTRIN SR 150MG TABLET SA<br>1 TAB ORALLY EVERY EVENING (DR. FAWZIA HASAN) | 5 | |
| 12/19/01 R280560 | | | |

ALLERGIES: NO KNOWN ALLERGIES

DIAGNOSIS: SCHIZOAFFECTIVE D/O PROVISIONAL; OCOD; ETOH ABUSE; DRUG ABUSE; HEP; MIGRAINES

PHYSICIAN: FAWZIA HASAN
PHYSICIAN PHONE: 302-994-____
PHYSICIAN'S SIGNATURE: [signature]    DATE: 2/__/
RN REVIEW: [signature]    DATE: 2/26/

RESIDENT NAME: __KINS ERNEST

984-7702 x1w au1

# PHYSICIAN'S MEDICATION ORDER — CONNECTIONS — CHART COPY

| ORDER DATE | MEDICATION | FREQ. | NON-MEDICATION ORDERS |
|---|---|---|---|
|  | CELEXA 20MG TABLET<br>1 TAB ORALLY EVERY MORNING (DR. FAWZIA HASAN) | 8 |  |
| 07/12/00 R264888 | CARISOPRODOL 350MG TABLET<br>1 TAB ORALLY TWICE DAILY (DR. FAWZIA HASAN) | 8<br>5 |  |
| 07/12/00 R264889 | CELEBREX 200MG CAPSULE<br>1 CAP ORALLY TWICE DAILY (DR. FAWZIA HASAN) | 8<br>5 |  |
| 07/17/00 R264890 | HYDROCHLOROTHIAZIDE * 25MG TABLET (RP: HYDRODIURIL)<br>0.5 TAB ORALLY DAILY (DR. FAWZIA HASAN) | 8 |  |
| 08/24/00 R264901 | ACTOS 30MG TABLET<br>1 TAB ORALLY DAILY (DR. FAWZIA HASAN) | 8 |  |
| 05/11/01 R264972 | SEROQUEL 200MG TABLET<br>1 TAB ORALLY THREE TIMES DAILY (DR. FAWZIA HASAN) | 8<br>2<br>5 |  |
| 10/03/00 R264908 | WELLBUTRIN SR 100MG TABLET SA<br>1 TAB ORALLY EVERY MORNING (DR. FAWZIA HASAN) | 8 |  |
| 12/19/01 R280559 | WELLBUTRIN SR 150MG TABLET SA<br>1 TAB ORALLY EVERY EVENING (DR. FAWZIA HASAN) | 5 |  |
| 12/19/01 R280560 |  |  |  |

**ALLERGIES:** NO KNOWN ALLERGIES

**DIAGNOSIS:** SCHIZOAFFECTIVE D/O PROVISIONAL; OCD; ETOH ABUSE, DRUG ABUSE; HEP C; MIGRAINES

| PHYSICIAN | PHYSICIAN PHONE | PHYSICIAN'S SIGNATURE | DATE |
|---|---|---|---|
| FAWZIA HASAN | 302-994-____ | ____ | 2/27/02 |
| ALT PHYSICIAN | ALT PHYSICIAN PHONE | R.N. REVIEW | DATE 2/26/0_ |

| RESIDENT NAME | ROOM/BED/WING | MED RECORD # | ADMISSION DATE | SEX | DATE OF BIRTH | PAGE NO |
|---|---|---|---|---|---|---|
| BROOKINS, ERNEST |  |  | 07/17/00 |  | 04/22/__ | 1 of 1 |

984-770_ X/W A__

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON SEPTEMBER 27, 2005 I FILED ANSWER TO MOTION TO DISMISS WITH CLERK OF COURT. I HEREBY CERTIFY THAT ON SEPTEMBER 27, 2005, I HAVE MAILED BY UNITED STATES POSTAL SERVICE, THE DOCUMENTS TO THE FOLLOWING PARTICIPANT: LISA BARCHI.

ERNEST L. BROOKINS
Ernest L. Brookins
27A5 Brookedge Court Bronhill Apt.
Old Baltimore Pike
Newark, De, 19702
302-369-9389