04-1250-SLR

9-27-05

Your Honorable Judge Susan L. Robinson

I apologize for not meeting the dead line for filing these responses. But because of circumstances beyond my control which are the changes in my medications render me in-coherent for more than a month.

And I'm having a extremely hard time finding a lawyer. So I am forced to go pro-se.

Thank you for your time and consideration.

Ernest L. Brookins

Dr. Mihalick Gerald gave me the wrong medication (Paroxetine 10 mg 8/08/05

RX:            DATE: 09/23/2005                          HAPPY HARRY'S #20
                                                         839 NORTH MARKET STREET
PATIENT: ** NOT FOUND **                                 WILMINGTON DE 19801
                                                         RPh-FOWLKES, ANNEMARIE
DOCTOR:                                                  (302)654-1835

DRUG NAME: PAXIL 10MG           TAB GLAX

GENERIC NAME:    PAROXETINE (pa-ROX-e-teen)

COMMON USES:  This medicine is a selective serotonin reuptake
inhibitor (SSRI) used to treat depression, panic attacks, obsessive
compulsive disorder (OCD), social anxiety disorder (social phobia) and
generalized anxiety disorders (GAD). SSRIs work by helping to restore
the balance of certain natural substances in the brain
(neurotransmitters). Paroxetine may also be used to treat a variety of
other conditions as determined by your doctor including severe
premenstrual syndrome (premenstrual dysphoric disorder), sexual
problems in men (premature ejaculation), nerve problems associated
with diabetes (diabetic neuropathy), chronic headaches, or
post-traumatic stress disorder (PTSD).

HOW TO USE THIS MEDICINE:  Follow the directions for using this
medicine provided by your doctor. This medicine may be taken on an
empty stomach or with food. STORE THIS MEDICINE at room temperature at
77 degrees F (25 degrees C) in a tightly-closed container, away from
heat and light. Brief storage between 59 and 86 degrees F (15 and 30
degrees C) is permitted. CONTINUE TO TAKE THIS MEDICINE even if you
feel better. Do not miss any doses. IF YOU MISS A DOSE OF THIS
MEDICINE and you are taking it in the morning, take it during the
afternoon if you remember. If you do not remember until the next
morning, skip the missed dose and go back to your regular dosing
schedule. IF YOU MISS A DOSE and you are taking 1 dose daily at
bedtime and do not remember until the next day, skip the missed dose
and go back to your regular dosing schedule. Do not take 2 doses at
once.

CAUTIONS:   DO NOT TAKE THIS MEDICINE if you have had an allergic
reaction to it or are allergic to any ingredient in this product. AT
LEAST 1 TO 2 WEEKS, and sometimes up to 4 weeks, may pass before this
medicine reaches its full effect. THIS MEDICINE IS NOT RECOMMENDED for
use in children or adolescents under 18 years of age. IT IS IMPORTANT
THAT ALL PATIENTS, including those under 18, consult with their doctor
before stopping this medicine. DO NOT SUDDENLY STOP TAKING THIS
MEDICINE without checking with your doctor. Side effects may occur if
this medicine is suddenly stopped. KEEP ALL DOCTOR AND LABORATORY
APPOINTMENTS while you are taking this medicine. ADDITIONAL MONITORING
OF YOUR CONDITION is recommended at the start of treatment with this
medicine and whenever a change to your dose is made. If you experience
anxiety, agitation, panic attacks, difficulty sleeping, irritability,
hostility, impulsive feelings, severe restlessness, or worsening of
depression contact your doctor as soon as possible. These may be signs
that your condition is worsening or that your treatment with this
medicine should be evaluated. If you are a parent or caregiver of a
patient that is taking this medicine, it is important for you to watch
for these symptoms. Contact the doctor as soon as possible if any of
these symptoms occur. Contact your doctor for more information. THIS
MEDICINE MAY CAUSE drowsiness. Do not drive, operate machinery, or do
anything else that could be dangerous until you know how you react to
this medicine. DO NOT DRINK ALCOHOL while you are taking this
medicine. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either
prescription or over-the-counter, check with your doctor. CAUTION IS
ADVISED WHEN USING THIS MEDICINE IN CHILDREN OR ADOLESCENT PATIENTS
because they may be more sensitive to the effects of the medicine. FOR
WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the
benefits and risks of using this medicine during pregnancy, especially
during the third trimester. THIS MEDICINE IS EXCRETED IN BREAST MILK.
IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this

