

**M. JANE BRADY**
**ATTORNEY GENERAL**

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

August 3, 2005

[New Castle County-Civil Division]

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Wilmington, DE 19801

      **RE:** **Brookins v. Williams. – C.A. No. 04-1250-SLR**

Dear Judge Robinson:

      I submit this request on behalf of Lisa Barchi, DAG to extend the deadline to Thursday, October 13, 2005 in which Ms. Barchi can offer a reply to Mr. Brookins' Answering Brief in Opposition to Defendant's Motion to Dismiss (D.I. 11), if she deems necessary upon review.

      Our office received a copy of Plaintiff's Answering Brief on September 27, 2005. Presently, Ms. Barchi is away from the office, and is expected to return on October 13, 2005.

      Mr. Brookins is currently an incarcerated inmate in a prison, and counsel is unable to discuss the subject of this request with the plaintiff. Defense counsel assumes that the plaintiff opposes this request.

                                  Respectfully Submitted,

                                    /s/ Ophelia M. Waters

                                  Ophelia M. Waters
                                  Deputy Attorney General

OMW/lc

Cc:    Ernest L. Brookins