04-1250-SLR

# AFFIDAVIT

BE IT ACKNOWLEDGED, that Ernest L. Brookins of 27 A5 Brookedge Ct. Ironhill Apt, the undersigned deponent, being of legal age, does hereby depose and say under oath as follows: That I was forced to endure untolerable odors and conditions forced to eat, sleep by the toilet in a cell without hot water, refuse showers exercise for day with (27) other inmates in a cell design for one person. forced to wear dirty underwear (urnf) etc. refuse medications for diabetes bipolar, schizophrenia high blood pressure, depression crates blood sugar was not monitor for days

And I affirm that the foregoing is true except as to statements made upon information and belief, and as to those I believe them to be true.

Witness my hand under the penalties of perjury this 28th day of September, 2005

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE 2005 SEP 29 AM 10: 23

Name: Ernest L. Brookins
Address: 27 A5 Brookedge Ct Ironhills
Old Baltimore Pike
Newark, De. 19702

STATE OF Delaware
COUNTY OF New

On 9-28-2005 before me, _____, personally appeared _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Signature: Ernest L. Brookins

Affiant ___ Known _X_ Unknown
ID Produced: Driver License

# CERTIFICATE OF SERVICE

04-1250-SLR

I hereby certify that on September 29, 2005 I filed correct affidavit with the Clerk of Court. I hereby certify that on September 29, 2005, I have mailed by United States Postal Service, the document to the following participant: Lisa Barchi #3927 - Duty Attorney General - Carvel State Office Bldg - 820 N. French Street, 6th Floor - Wilmington DE. 19801. 302 577-8400

ERNEST L. BROOKINS
Ernest L. Brookins
27A5 Brookedge Ct. Iron Hill
Old Baltimore Pike
Newark, DE 19702
302-369-9289