October 4, 2005

Your Honorable Judge Sue L. Robinson,

In responsed to Ophilia M. Waters D.A.G., letter on behalf of Lisa Barchi, D.A.G. to extend the deadline to October 13, 2005, the court on September 9, 2005, granted an enlargement of time to October 24, 2005.

The allegations of Mr. Brookins being incarcerated is absolutely false!!!

Respectfully Submitted,

Mr. Ernest L. Brookins
Plaintiff - 04-1250-SLR

Certificate of Service            04-1250-SLR

I hereby certify that on October 4, 2005. I filed letter with clerk of court. I hereby certify that on October 4, 2005. I have mailed by United States Postal Service, the document to the following participant: Ophelia M. Waters, Deputy Attorney General - Carvel State Office Bldg. - 820 N. French St. 6TH floor - Wilmington, De. 19801. 302-577-8400

ERNEST L. BROOKINS
_____
Ernest L. Brookins
27A5 Brookedge Ct Avonhill Apt
Old Baltimore Pike
Newark, De. 19702
302-369-9289