

**M. JANE BRADY**
**ATTORNEY GENERAL**

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

New Castle County

October 20, 2005

The Honorable Sue L. Robinson
U. S. District Court
District of Delaware
Wilmington, DE 19801

        Re:  *Ernest L. Brookins v. Raphael Williams*
             C.A. No. 04-1250-SLR

Dear Judge Robinson:

    Pursuant to D. Del. L.R. 7.1.2, the State, on behalf of Raphael Williams, respectfully waives filing a Reply Brief to Plaintiff's Answering Brief regarding the pending Motion to Dismiss.

                                                        Respectfully,

                                                          /s/ Lisa Barchi
                                                         Deputy Attorney General

Xc:  Clerk of Court
       Ernest L. Brookins