IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNEST BROOKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No  04-1250-SLR |
| | ) |
| RAPHAEL WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 30th day of November, 2005, for the reasons stated in the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's motion for summary judgment (D.I. 11) is granted.

2. The Clerk of Court is directed to enter judgment in favor of defendant and against plaintiff.

_____
United States District Judge