IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNEST BROOKINS, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 04-1250-SLR ) |
| RAPHAEL WILLIAMS, | ) ) |
|     Defendant. | ) ) |

**JUDGMENT IN A CIVIL CASE**

    For reasons stated in the court's memorandum opinion and order of November 30, 2005;

    IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Raphael Willliams and against plaintiff Ernest Brookins.

    _____
    United States District Judge

Dated: December 1, 2005

    _____
    (By) Deputy Clerk